# EXHIBIT A

### George R. Brown, M.D., DFAPA
### 549 Miller Hollow Road
### Bluff City, Tennessee  37618
### (423) 676-5291

**December 7, 2007**

**Case: Jo Isaak v. State of Idaho et al (Case No. CIV 06-33-S-BLW)**

I have been asked by Oliver Dunlap, Esq., of the firm Morrison and Foerster, on

behalf of their client, Jo Isaak, to prepare a report regarding my medical and

psychiatric opinions related to the medical and psychiatric care provided to Jo

Isaak during the time frame from 2003-2006 encompassing the period of time

prior to autocastration and autopenectomy and in the postoperative period

through May, 2006.  I had the opportunity to interview Ms. Isaak at length in 2006

and prepared a report dated August 3, 2006, which is attached hereto for

reference.  I will use female pronouns throughout this report as this is the

preference of the inmate and is consistent with empathic clinical practice when

assessing patients who claim to be transgendered (see Brown, 1990, cited in the

8/3/06 report).

**Documents Reviewed:**

Brown G R, Philbrick K: Sexual and Gender Identity Disorders in the
Consultation-Liaison Psychiatry Setting. In  Rundell J, Wise M (Eds.): Concise
Guide to the Textbook of Consultation-Liaison Psychiatry, APA Press,
Washington, D.C., 1999.

Brown G R, Gass G, Philbrick K: Sexual and Gender Identity Disorders in the
Consultation-Liaison Psychiatry Setting. In  Rundell J, Wise M (Eds.): Textbook
of Consultation-Liaison Psychiatry, Second Edition, APA Press, Washington,
D.C.,Chapter 22, pages 455-476, 2002.

Brown GR, Haaser RC: Sexual Disorders in the General Hospital Setting.  In Levenson J (ed): Consultation-Liaison Psychiatry, American Psychiatric Press Inc., Washington, D.C.,  Chapter 17, pages 359-386, 2004.

Brown G: Autocastration and Autopenectomy as Surgical Self-treatment in Incarcerated Persons with Gender Identity Disorder. Proceedings of the XX Biennial Symposium of the World Professional Association for Transgender Health, Chicago, Illinois, September, 2007.

Brown, G: August 30, 2006 report of interview with Augustus "Jo" Isaak

IC 6-1012 and 1013, both dated 2007

Isaak Medical records 6-2-05 through 7-10-05 and 9-15-04 through 9-18-04

1259 pgs. of medical records and correspondence on inmate Isaak from onset of incarceration to May, 2006; includes reports by Drs. Khatain, Sombke, Corgiat, and Hartzenbueler.

IDOC Directive 401.06.03.501, revised 08-01-03.

Resume, Ken Khatain, MD

Resume, Chad Sombke, Ph.D

Springer, A. (1981) Pathologie der Geschlechtlichen Identitat: Transsuxualismus und Homosexualitat, Theorie, Klinik, Therapie. Springer-Verlag Wien, New York.

World Professional Association for Transgender Health Standards of Care for persons with gender dysphoria, Version 6, accessed at WPATH.org

In addition to the records review, literature review, legal standards review, and inmate interview, I called Ashley Davis, MD (Boise, ID; 208-429-9100), Cathy Gwin, Ph.D. (Boise, ID; 208-343-4855), and Cynthia Fairfax, MD (Meridian, ID; 208-639-4900). I attempted to contact David Sanford, Ph.D (208-377-5720), a local psychologist known to evaluate persons with gender identity disorders, but I was unable to reach him. In each of the three interviews, I discussed local

standards of medical and psychiatric care for the treatment of persons with gender identity disorders, or those with potential gender identity disorders, applicable at the time Jo Isaak attempted to obtain evaluation and treatment (2003-present). I was able to learn that there are a number of professionals in psychiatry, psychology, medicine, and family practice in the Boise area who evaluate and treat transgendered persons.  Dr. Davis alone has between 10 and 13 persons with GID in her practice, one of whom is scheduled for sex reassignment surgery the week of December 3, 2007.  Dr. Gwin was well versed in the WPATH standards of care cited above, and has had experience in both Portland, where there are gender clinics, and in Boise. I learned from the interviews that Dr. Sanford has extensive experience with this patient population and has referred several patients to Dr. Davis for hormonal treatment over the past 7 years. The local standard of care involves evaluating persons claiming to suffer from GID by mental health professionals in the local community (e.g., Dr. Gwin, Dr. Sanford) with referral of persons diagnosed with GID to a family practice physician who can prescribe and monitor hormonal treatments (e.g., Dr. Davis).  There is good access to mental health professionals experienced with evaluating and counseling persons with GID for non-mental health professionals to refer for evaluation and consultation. Professionals in the community are familiar with the WPATH Standards of Care, which is an international standard of care for persons presenting with symptoms of gender dysphoria. Dr. Fairfax, a urologist, described to me the local standards of care for postoperative wound management, frequency of dressing changes, and monitoring of patients who

3

have had urologic surgeries in the Boise area. Based on my interviews, the local standards for medical, psychiatric and wound management care is similar to other community settings around the country, including in TN, OH, and TX, the three states in which I hold active licenses to practice medicine. The international standards of care for the evaluation and treatment of persons with GID are also applied in communities across the country, with substantial overlap between the local Boise standards and international standards. Based on data obtained in my interviews, it is clearly *outside* the local standard to ignore or not evaluate a person requesting an evaluation for gender problems, or to deny access to hormonal treatments for persons appropriately diagnosed with GID according to DSM-IV criteria. It is clearly *outside* the local standard of care to not provide frequent dressing changes to genital wounds. It is clearly *outside* the local standard of care to allow a patient with a new genital lesion to remain unbathed and unclean for a number of days, as this type of neglect is associated with a higher rate of wound infection which could lead to serious medical complications, such as sepsis and the loss of more genital tissue.

It is well known by the local professionals I contacted that the IDOC IMSI facility has had cases of autocastration, but I could learn of no cases in the "free" Boise community where patients with known or suspected GID had autocastrated. This is consistent with the theory that denial of access to appropriate evaluation and care for persons with GID in prisons leads to the desperation inhererent in acts of genital self harm (actually, this is surgical self-treatment; see Brown, 2007).

4

**Case Summary:**

A complete case summary for Jo Isaak is included in the attached report from August, 2006.  Of importance to this report, however, I will summarize the salient points.  Ms. Isaak is an anatomic, natal male who requested evaluation for cross-gender feelings that she was experiencing, and had been experiencing prior to her incarceration.  Both of these facts are documented in her records extensively. This inmate had made verbal and written expressions consistent with gender dysphoria for many years prior to autocastration on September 15, 2004 and partial autopenectomy on July 8, 2005. For example, she reported to Dr. Khatain that she is "a hermaphrodite and requires estrogen therapy" (9/4/03). A psych tech note on 9/8/03 noted that she was "soliciting legal assistance to prove he is a female and that even though physically his gender is male he requests to be seen as female." The records are also replete with many written statements by the inmate expressing gender discomfort or overt gender dysphoria, usually in the form of health services requests ("HSR") seeking evaluation for gender problems. Examples are repeated and numerous: 4/7/06 ("Please may I be diagnosed for gender identity disorder by yourself [Dr. Khatain] as soon as possible"), 8/9/05 ("Sending medical requests again claiming GID" per Michael Shaw, Psych Tech), 7/12/05 note by Psych Tech, 11/12/04 note, 5/2/06 (Jo applies for legal name change to female), 7/4/04 note, 3/23/04 note ("delusion" of a "woman in a man's body" recorded by Dr. Khatain), 8/23/05 HSR (wants evaluation for being a hermaphrodite), 5/2/05 HSR (inmate requests evaluation

5

related to hermaphroditism and estrogen levels); 12/22/04, 10/4/04, 8/23/04, 8/7/04, 7/26/04, 1/19/06 ("states that he believes he is a woman"), 6/10/04 (Ken Williams, MA, notes Jo has gender dysphoric symptoms in his sworn statement for civil commitment), 5/4/06 HSR (request for GID assessment to Dr. Green), 10/8/03, 7/9/03, 12/1/94 (Hartzenbueler report: "likely that he experiences sexual identity problems and insecurity about his masculine role"), 2/10/95 (Corgiat report, wherein Corgiat quotes Jo as saying: "I started thinking about my life, and how I would not be able to have a sex change because of that bastard Jack"), 3/16/95 (IMSI Master Treatment Plan: "effeminate appearing"), 10/5/03 ("discussing being a hermaphrodite and genetic female") 8/27/03 ("continues to claim he is a woman"), 5/16/04, 5/8/04, 4/25/04, 4/3/04, 3/13/04, 3/5/04 HSR's ("I am a hermaphrodite in transition;" "I am a true woman, I seek relief of such pain"), 5/29/04 (uses female name; speaks of "reduction of my testicals (sic)" about 12-13 weeks before autocastration), 2/21/04 (at page 1007), 12/22/03 (at page 1014), 11/11/03 (at page 1016), 10/18/03 ("transition to womanhood", at page 1022), 10/11/03 (at page 1025), 10/4/03 (at page 1030), 9/15/03 (at page 1039), 9/12/03 (at page 1041), 9/8/03 (inmate wants "additional medication for such as mandated by law so too also documentation for such as a woman", at page 1043), 9/7/03 (at page 1044), 8/9/03 HSR ("please may I receive estrogen and the nutrition necessary to develop my female body" at page 1051), 7/8/03 (at page 1055), 7/1/03 HSR ("At this time I am stating I am a woman and am in need of medical aid and emotional counseling" at page 1056), 6/1/03 (at page 1058), 5/6/03 HSR (requesting estrogen injections, at page 1059), 6/2/04 (at page 951),

6/2/04 HSR (uses "Josephine", at page 949), 6/19/04 (at page 947), 6/26/04 (at page 941), 7/3/04 HSR (uses "Josephine" and "Jo", at pages 934, 936), and on 7/10/04 (at page 933). In spite of these pleas, this inmate did not receive an evaluation for GID.

Jo Isaak stated to me that she made the final decision to remove her testicles "the night before," which would have been September 14, 2004. This implies the act was not impulsive, and was preplanned. She recalls thinking to herself "I will not live here as a man and be around men as a man anymore." She also admits that part of her motivation was anger with Dr. Sombke for ignoring her repeated requests for a gender evaluation. "I knew it would help me if I do this [autocastration], and I would receive evaluation and treatment, for example from someone like you." However, an evaluation never did occur by her report (substantiated by the medical records). She recalls being "completely cognizant and lucid at the time I did it." She experienced considerable pain and was not taking any illicit drugs or pain medications prior to autocastration. "I had considerable pain – I'm not a Navy SEAL – it hurt a lot." She continues to "feel like a woman trapped around men" as she did before autocastration. Changes noted since autocastration include a welcome elimination of erections and sex drive and increased "empathy for others."

Jo states she was never evaluated for gender problems after this event in spite of specifically asking both Drs. Sombke and Khatain for this. "Ramos (psych technician) suggested I do a GID request so I did." She states the response she

got back from Dr. Sombke was "this does not apply to you." (Note: this response is substantiated by the medical record entry from Dr. Sombke).

While it is true that the inmate had a coexisting psychotic disorder, which was intermittently under control, this does not alleviate the careful clinician from considering a second diagnosis of GID, as these conditions can and do coexist. From a safety perspective, the presence of serious gender dysphoric symptoms, even without a formal diagnosis of GID, are associated with serious and potentially lethal genital self-harm and need to be taken very seriously (see Brown, 2007; Springer, 1981). In my opinion, within a reasonable degree of medical certainty, the lack of an evaluation and/or use of consultants more knowledgeable about GID and associated conditions constituted malpractice following either the applicable local standard of care in the Boise area or the readily accessible international standard of care widely recognized for these conditions (see WPATH.org for version 6 of the Standards of Care for Person with Gender Dysphoria). The resumes of both Drs. Khatain and Sombke reflect no specialized training or experience in the evaluation or treatment of GID. Their depositional testimony further reinforces their lack of experience after training. These limitations in a specialized area of medicine and psychiatry should have been acknowledged and the IDOC directive allowing for use of consultants followed. Although Dr. Khatain had treated the inmate for several years, at no point did Dr. Khatain list gender identity disorder or gender dysphoria as potential diagnoses or as problems meriting attention by the IDOC treatment team. He never recorded that he asked about whether the inmate harbored feelings about

genital self-harm in spite of numerous attempts by the inmate (in writing) to be evaluated for gender dysphoria.

The harm inflicted by this inmate upon herself was both reasonably predictable and potentially preventable in my professional opinion, given that there was a clear acceleration and urgency of requests for a gender evaluation in the 3 months prior to autocastration. Evaluation and treatment were both inadequate for this inmate. The lack of the use of an experienced consultant in the absence of on-site expertise was not just imprudent but constituted a serious breach in the local standard of care and in the duty a clinician at IDOC assumes for his inmate patient.

A second area of serious concern regarding the delivery of medical and psychiatric care was in the time period between autocastration and partial autopenectomy.  This inmate performed this autocastration in the apparent absence of active psychosis based on a review of all records available to me and on my interview with the inmate.  It is a serious breach of prudent medical practice and local standards of care to not actively pursue the potential diagnosis of GID under such dramatic clinical conditions that could have been lethal for this inmate.  Standard reference psychiatric textbooks discuss this issue and provide information about this clinical situation (see, for example, Brown and Philbrick, 1999; Brown, et al, 2002; Brown and Haaser, 2004). It is my professional opinion, within a reasonable degree of medical certainty, that competent and prudent mental health care practitioners would actively pursue a diagnosis of GID under such dramatic conditions and/or refer such a patient to an experience mental

health care provider who could provide such assistance.  The fact that this did not happen constituted a serious breach in the prevailing standard of care in the Boise area at the time and a serious breach in the duty that these IDOC health care practitioners had to provide competent medical and psychiatric care to an inmate in their charge.

Even after both autocastration and partial autopenectomy, this inmate did not receive an evaluation for GID. For example, on 1/19/06 a chart entry notes that Jo "states that he believes he is a woman; unclear whether this is delusional or a GID. Goal: clarify diagnostic issue. Complete evaluation for GID within 60 days." I was unable to find any evidence of a GID evaluation in the 4 months of records that followed and the inmate reports no such evaluation had occurred 6 months later at the point when I had evaluated her. The fact that an evaluation for GID was not even seriously considered, according to the records, until months after partial autopenectomy and 16 months after autocastration is egregious and clearly falls well outside the local standard of care and any applicable national or international standards of care in assessing persons with severe gender dysphoria.  In my professional opinion, within a reasonable degree of medical certainty, this is a third, major breech in the standard of care and in the duty that health care providers at IDOC had to provide competent medical and psychiatric care for inmates in their charge.

Last, as a practicing physician, I have concerns about the quality of wound care received by this patient after her injuries.  Psychiatric patients are often admitted to inpatient services, including the one I am responsible for, with recent

10

self-inflicted injuries.   Good wound care is essential to preventing more serious complications, like sepsis (spreading of an infection throughout the bloodstream, a potentially lethal complication) and loss of additional tissue due to localized infection.  It is not within the standard of care in Boise or in other communities in the United States with which I am familiar to keep dressings on for long periods of time without examining the wound, documenting progress toward healing, and changing the dressing frequently, e.g. after the first 48 hours. At least daily checking of the wound healing process is expected, even in cases where there are no additional complications.  The records do not support adequate wound management and it appears that the patient was not cleaned or bathed for an extended period of time.  This patient should have had better wound management and hygiene, irrespective of whether she was considered a suicide risk and irrespective of whether she was placed in some type of physical restraints or restraining environment.  To the extent that she did not receive adequate postoperative care after either of her injuries, it is my professional opinion within a reasonable degree of medical certainty, that the local standard of care for postoperative wound management was breached.

Respectfully submitted,

George R. Brown, M.D., DFAPA
Professor of Psychiatry
East Tennessee State University

# CURRICULUM VITAE

GEORGE RICHARD BROWN, M.D., DFAPA

Professor and Associate Chairman of Psychiatry
East Tennessee State University

Chief of Psychiatry, James H. Quillen VAMC
Johnson City, TN

Mailing address:
549 Miller Hollow Road
Bluff City, Tennessee  37618-4103

Work: 423-926-1171, ext. 7708
Work FAX: 423-979-3529
Home FAX: 423-538-4675
Email: Georgeboarhunter@aol.com

Date of Birth:          19 March 1957
Place of Birth:         Schenectady, New York
Citizenship:            United States of America

Date of Preparation:    January 1, 2008

**EDUCATION:**

Undergraduate:  University of Rochester, Rochester, New York, 1975-1979;
Bachelor of Science with Highest Honors and Distinction in Research, Summa Cum Laude.

Medical School:  University of Rochester School of Medicine, Early Acceptance Program
(Rochester Plan), 1979-1983; Doctor of Medicine with Honors; Health Professions Scholarship
Program.

Internship:  United States Air Force Medical Center, Wright-Patterson Air Force Base, Ohio,
1983-1984.

Residency:  Wright State University - United States Air Force Integrated Residency in Psychiatry,
Dayton, Ohio, 1984-1987.

**CREDENTIALS:**

FLEX, December, 1983 (Behavioral Sciences, 94%; Psychiatry, 93%).
Full licensure to practice medicine, State of Ohio, December, 1983 to present; license
          #50119; renewal 2008.
Full licensure to practice medicine, State of Texas, August, 1989 to present; license
          #H5847; renewal 2008.
Full Licensure to practice medicine, Commonwealth of Kentucky, 1993 to 1995,
          #30100; allowed to expire with no intent of practicing in Kentucky.
Full licensure to practice medicine, State of Tennessee, 1994-present, #25192, renewal 2009.

Psychiatry Resident In-Training Examinations;
1986: 98th percentile - all U.S. residents, psychiatry.
1985: 90th percentile - all U.S. residents, psychiatry.
1984: 98th percentile - all U.S. residents, psychiatry.
1983: 98th percentile - all U.S. residents, psychiatry.
American Board of Psychiatry and Neurology, Part I, April 1988 (92nd percentile); Part II,
    June 1989; ABPN Certificate #31377.
Electroconvulsive Therapy Administration Certification,
    1985-1990.
Courtesy Staff Privileges, Charter Real Hospital, San Antonio, Texas, 1990-1994.
Courtesy Hospital Staff, Bexar County Hospital District, San Antonio, Texas, 1988-1994.
Full Admitting Privileges, Wilford Hall Medical Center, San Antonio, Texas, 1987-1993.
Full Admitting Privileges, James H. Quillen VAMC Hospital, Johnson City, TN, 1994-
    present.
Basic Life Support Certification, renewal 11/2008


**PROFESSIONAL EXPERIENCE:**

Current Positions: 1. **Chief of Psychiatry**, James H. Quillen VAMC (November 22, 1995-present).  Responsibilities include direct supervision of a staff  of 33 employees, including 16.25 psychiatrists,  1 Clinical Nurse Specialist,  8 psychiatric nurse practitioners,  1 psychiatric PA, 1 social worker, and five administrative personnel, as well as directing a research team conducting clinical research activities.  Represent the Department in all meetings requiring the input of the Chief of Service.  Attend executive meetings in the Medical Center and University.  Contribute to long range planning of services in the Medical Center.  Act as liaison with the University Department of Psychiatry and administration as **Associate Chairman of the Department of Psychiatry** and Behavioral Sciences.  Serves as **Psychiatry Residency Program Coordinator** for all residency training in psychiatry at James H. Quillen VAMC (33 residents in PGY1-5 years), which is the majority funding source for the residency training program.

2. Director of Psychiatric Research, James H. Quillen VAMC Dept. of Psychiatry.  Responsibilities include creating a research program de novo and leading a research team at the VAMC.  Teaching resident seminars, didactics, research electives, providing direct patient care for inpatients on research protocols (usually those with severe mental disorders), traveling to conferences to present research findings and providing Grand Rounds to other institutions and medical schools.  Organizing symposia and other educational events for the University and mental health care community.

3. Associate Chairman, Department of Psychiatry, East Tennessee State University, 1995-present.  Advisory duties to the Chairman, signature authority in absence of Chair, contributing to administrative missions of the Department, liaison with the VAMC and medical school administrations.


Past Positions:

Part-time Position (March 1995-1996): Staff psychiatrist, Another Chance
Recovery Program, Morristown, Tennessee.  This is an intensive outpatient drug and alcohol treatment program with a heavy emphasis on dual diagnosis patients, outpatient detoxification from chemical dependency, and a blend of the medical and 12-Step approaches to treatment of the chemically dependent patient.

Senior Research Scientist and Director of Psychiatric/Neuropsychiatric
HIV Research, Wilford Hall Medical Center, Henry M. Jackson Foundation for the Advancement of Military Medicine, San Antonio, Texas (1 July 1991 to 1 October 93).  Responsibilities included

directing a team of approximately 15 civilian and military psychiatric researchers conducting HIV-related psychiatric research; Principal Investigator on longitudinal psychiatric natural history study of early HIV infection (males and females), since 1989; preparing manuscripts, presenting research findings at national and international meetings; designing and implementing new protocols; interviewing and assisting in the hiring of personnel; managing administrative and personnel issues.

Private practice of adult psychiatry (1991-November 1993).  Part-time practice primarily focusing on sexuality and gender concerns and adult psychodynamic psychotherapy.

Consulting Psychiatrist for Quality Assurance and Continuing Quality Improvement Programs:
1) Charter Real Partial Hospitalization Program,  San Antonio, Texas, 1990 to 12/93. Responsibilities of this part time position included designing and implementing a medical quality assurance program and assisting Utilization Review personnel with implementing efficient resource utilization procedures.
2) Colonial Hills Hospital Inpatient Services and Adult Partial Hospitalization Program, San Antonio, Texas. 1992.  Responsibilities of this part time position included custom designing a four part program to address QA/CQI concerns on all inpatient units, coordinating the implementation of the program with hospital QA/UR personnel, and quantifying/ databasing physician charting performance to analyze trends.

Staff Psychiatrist, Wilford Hall Medical Center, Lackland Air Force Base, San Antonio, Texas:

1987-1989: Primary responsibility for inpatient ward of 25-33 patients, resident and medical student teaching, and professional presentations. 1040 admissions; length of stay 13 days.

1989-1991: Outpatient Clinic service, 1/2 time position; responsible for evaluations and treatment of adult outpatients; supervision of PGY-3 residents in psychiatry and other staff working in the clinic (social workers, psychologists, and mental health technicians). Medical support for comprehensive Smoking Cessation Clinic.

1989-1991: Director of Psychiatric Research, half-time position; developed a research program primarily targeting psychiatric resident involvement with research and related activities, including presentations at regional and national professional meetings.  Active in conducting research, reviewing and approving protocols, research design, editing publications submitted from the Department of Psychiatry, and organizing symposia; interviewing and selecting for hire research personnel for multicenter collaborative HIV research grant.

**ACADEMIC APPOINTMENTS:**

Professor of Psychiatry (1998), East Tennessee State University, Quillen College of Medicine.  Full time VA Academic Faculty appointment.

Adjunct Professor of Psychology, University of Tennessee at Knoxville (1997).  Served on doctoral dissertation committee as supervisor and mentor for doctoral candidate in clinical psychology.

Associate Professor of Psychiatry (1994), East Tennessee State University, Quillen College of Medicine.  Full time geographic faculty appointment.  Renewal of previously awarded academic ranking. Activities include serving on numerous committees (see below), teaching residents, providing electives, working collaboratively with staff to conduct new research projects, interviewing residency and faculty candidates.

Clinical Associate Professor (1992-1994), University of Texas Health Science Center at San Antonio, San Antonio, Texas. 1987 to 1994. Primary responsibility of this position was teaching

medical students and residents in individual, group, and lecture settings; provision of psychodynamic psychotherapy supervision. Lectures and seminars include core material on sexual dysfunction, treatment of paraphilias, gender identity disorders, homosexuality, and psychiatric aspects of HIV infection.

Clinical Associate Professor (1992-1996), Uniformed Services University for the Health Sciences, School of Medicine, Bethesda, Maryland. Primary responsibility of this position was teaching medical students from the University who travel to San Antonio for clinical rotations in psychiatry and serving as a visiting lecturer for USUHS.

Full time faculty, Department of Psychiatry, Wilford Hall Medical Center, Lackland Air Force Base, San Antonio, Texas, 1987 to 1991. Adjunct clinical faculty, Department of Psychiatry, 1991 to 1993. Responsibilities included supervising psychiatric residents involved in research activities, sponsoring Distinguished Visiting Professors in conjunction with the Department, and teaching core didactic lectures and seminars.

Assistant Clinical Instructor, Wright State University School of Medicine, 1983-1987. Primary responsibility of this position was teaching medical students during clinical rotation in psychiatry.

Chief Resident in Psychiatry, November, 1986 to March, 1987, with administrative, teaching, and research responsibilities.


**CONSULTATION EXPERIENCE:**

Psychiatric Liaison and Consultant to Oncology Unit, Good Samaritan Hospital, Dayton,   Ohio, 1985.
Clinical Supervisor and Psychiatric Consultant to Montgomery County Juvenile Court Diversion Program, Dayton, Ohio, 1986-1987.
Consultation/Liaison Rotation, Keesler AFB, MS, 1986.
Psychiatric Consultant to the United States Air Force Child Abuse Task Force (convened by the Surgeon General of the Air Force), 1989-1991.
Lorain Correctional Institution, psychiatric consultant for inmate mental health evaluations and treatment, July-August 1993.
State of Tennessee Mental Health and Mental Retardation, appointed as consultant to develop Best Practice Guidelines for all State programs for Bipolar Disorder.
Health Ed, The Patient Education Agency: consultant for development of patient education materials for chronic mental illnesses, 2006-2007.
Consultant to Batavia Independent School District in assisting on-the-job gender transition for a high school teacher, 2006.
Consultant to Port Ewan/Kingston BOCES School Program in assisting on-the-job transition for a principal, 2007.


**SPECIALIZED TRAINING EXPERIENCES:**

School of Aerospace Medicine, Course I, Brooks AFB, San Antonio, Texas, 1981.
Administrative Course for Chief Residents, Tarrytown, New York, June, 1985.
Combat Casualty Care Course, San Antonio, Texas, 1985.
Consultation and Liaison Psychiatry, Keesler AFB, Biloxi, Mississippi, 1986.
Center for the Treatment of Impotence, Case Western Reserve University, Cleveland, Ohio, July, 1986.
Forensic Psychiatry Course and associated clinical work, 6 months, 1986-87; ongoing case work in forensic psychiatry as expert witness and legal consultant, 1987-present.
Gender Identity Clinic, Case Western Reserve University, Cleveland, Ohio, July, 1986.

Paraphilias Clinic, Case Western Reserve University, Cleveland, Ohio, July, 1986.
Chemical Dependency Program, Samaritan Hall, Dayton, Ohio, August, 1986.
Advanced Study of Gender and Sexual Disorders, Institute of Living, Hartford, Connecticut,
      April, 1987.
Electroconvulsive Therapy Administration Training, Jan-June, 1985; June, 1987.
SCID training seminar, September, 1989.
American Board of Psychiatry and Neurology Examiner, 1991-present.
Administrative psychiatry and leadership training, James H. Quillen VAMC, 1996 to present.
Physician Executive Training, American College of Physician Executives,  (PIM-I Course,
31 hours; PIM-II Course, 31 hours, PIM-III Course, 31 hours), 1998-1999.
Masters and Johnson workshop on trauma, sexual compulsivity/addiction treatment, 11 hours,
      December, 2003.
Forensic Workshop on sex offenders, National Council on Sexual Addiction and Compulsivity,
      October, 2002


**COMMITTEE AND BOARD ACTIVITIES:**

Mohonasen Public School Board Member, Schenectady, New York, 1974-1975.
Social Chairman, Wright State University Psychiatry Residency, 1984.
Dayton Representative to the Member-in-Training Committee of the Ohio Psychiatric
      Association, 1984-1986.
Chairman, Member-in-Training Committee, Ohio Psychiatric      Association, 1986-1987.
Chairman, Member-in-Training Committee, Dayton Psychiatric Society, 1985-1987.
Peer Review Committee, Ohio Psychiatric Association, 1986-1988.
Long Range Planning Committee, Ohio Psychiatric Association, 1986-1987.
American Psychiatric Association, Area IV Resident Caucus, Ohio Representative, 1987.
American Psychiatric Association, Committee of Residents of the Council on Medical
      Education and Career Development, Ohio Representative, 1986-1987.
Ohio Psychiatrist's Political Action Committee, Board of Directors, 1987.
Bexar County Psychiatric Society Committee on AIDS, 1990-1993.
Harry Benjamin International Gender Dysphoria Association Committee to Revise the
      Standards of Care, 1990-1998; Cochairman of Standards of Care Revision Committee,
      2001-present.
Psychiatric Consultant to the Board of Directors, Boulton and Park Society, San Antonio,  Texas,
      1988-1998.
President-elect, Society of Air Force Psychiatrists, 1990-1991.
Board of Directors, Alamo Area Resource Center (AIDS/HIV Service Organization), 1991-1992.
Board of Advisors, American Educational Gender Information Service (Atlanta, Georgia),  1992-
      1998.
Quality Assurance Committee, Texas Society of Psychiatric Physicians, 1992-1993.
Professional Standards Committee, Texas Society of Psychiatric Physicians, 1992-1993.
Board of Directors, Harry Benjamin International Gender Dysphoria Association, 1993-
      1997; 2001-2007
Ethics Committee, Tennessee Psychiatric Association, 1994-present.
Advisory Committee on Publications and Advertising, Southern Medical Association,
      1994-1996.
Councilor to the Executive Committee, Tennessee Psychiatric Association, East Tennessee
      Region, 1995-present.
Vice-Chairman, Section on Neurology and Psychiatry, Southern Medical Association, 1995-
      1996.
President, New Health Foundation, 2001-2003.
Secretary of the Section on Neurology and Psychiatry, Southern Medical Association, 1997-
      2000.

American Psychiatric Association PKSAP and Medical Education Committees, appointed by
 Herb Sachs, M.D. and Harold Eist, M.D. (APA Presidents), 1997-2001.
Scientific Affairs Committee, Southern Medical Association, 1997-1999.
Consultant to the Joint Commission on Public Affairs, American Psychiatric Association,
 appointed by Rod Munoz, M.D. (APA President), 1998-1999.
Scientific Program Committee, Southern Psychiatric Association, 1999-2000.
Resident Award Committee, Southern Psychiatric Association, 1997-present.
Ethics Committee; HIV Committee; Harry Benjamin International Gender Dysphoria Association,
 1999-present.
Board of Directors, New Health Foundation, Chicago, IL, 2000-present.
Tennessee Department of Mental Health and Retardation Adult Committee on Best Practices
 (responsible for recommending guidelines for treatment of bipolar disorder),
 2000-2003
Associate Counselor for Tennessee, Southern Medical Association, 2000-present.
Resident Award Committee, Southern Psychiatric Association, 2003-present.
Board of Directors, James H. Quillen VAMC Research Corporation, 2003-present.
VISN 9 Mental Health Leadership Committee.
HBIGDA Biennial Symposium Scientific Meeting Committee, 2006-2007.
Board of Regents, Southern Psychiatric Associaton, 2006.
Southern Medical Association, Section Secretary for Psychiatry and Neurology, 2004-present.
Scientific Review Committee, World Professional Association for Transgender Health
 Symposium, 2007.
Board of Regents, Second Year, Southern Psychiatric Association, 2007.
Secretary-Treasurer, World Professional Association of Transgender Health, 2007-2009.


## PROFESSIONAL ORGANIZATIONS:

American Psychiatric Association (1983-present); #044933, Fellow, 1998; Distinguished Fellow,
 2003
Association for the Advancement of Psychotherapy (1985-1993)
Harry Benjamin International Gender Dysphoria Association (1986-present)
Ohio Psychiatric Association (1983-1987)
Texas Society of Psychiatric Physicians (1988-1994)
Tennessee Psychiatric Association (1994-present)
American Medical Students Association (1977-1987)
American Medical Association (1983-1988)
Ohio State Medical Association (1983-1987)
Montgomery County Medical Society (1983-1987)
Dayton Psychiatric Society (1983-1987)
Society of United States Air Force Psychiatrists (1983-1991)
Bexar County, Texas, Psychiatric Society (1987-1990)
Southern Medical Association (1994-present)
Southern Psychiatric Association (1997-present)
New Health Foundation (advocacy organization for transgendered health care;
 1996-present)
American Psychological Association Society for the Psychological Study of Men and Masculinity,
 Division 51, 1996-2000.


## AWARDS AND SPECIAL RECOGNITION:

Valedictorian, Mohonasen High School, Schenectady, New York, 1975.
New York State Regents Scholarship, 1975-1979.
Bausch and Lomb Science Award and Scholarship, 1975-1979.

Phi Beta Kappa, junior year selection, 1977.

Donald Charles Memorial Award for Research in Biology, 1978.

Recognition for Highest Grade Point Average, Department of Biology-Geology, University of Rochester, 1979.

Dean's Letters of Commendation for Academic Achievement, University of Rochester, 1975-1983.

Letter of Commendation for Excellence in Pathology, University of Rochester, 1981.

Alpha Omega Alpha Medical Honor Society, University of Rochester, 1983.

Wright State University Department of Psychiatry selectee for fellowship in the Group for the Advancement of Psychiatry (GAP), 1984.

Wright State University Department of Psychiatry nominee for Laughlin Fellowship of the American College of Psychiatrists, 1985, 1986.

Physician's Recognition Award of the American Medical Association, 1986 to present.

President's Award of the Ohio Psychiatric Association for outstanding service to the organization, 1987.

Chairman's Recognition Award For Scholarship and Research, Wright State University Department of Psychiatry, 1987.

Air Force Training Ribbon, 1980.

Air Force Outstanding Unit Decoration, 1987; first oak leaf cluster additional award, 1990.

Air Force Expert Marksman Ribbon, 1988.

Air Force Achievement Medal for research accomplishments, 1990.

1990 American Academy of Psychosomatic Medicine Dlin Fischer Award for Significant Achievement in Clinical Research; corecipient.

Who's Who Among Human Services Professionals, 1990 to present.

West's Who's Who in Health and Medical Services, 1991 to present.

Marquis Who's Who of Board Certified Medical Specialists, 1992-present.

Bexar County Medical Society Certificate of Appreciation, 1991.

Air Force Meritorious Service Medal for distinguished clinical and research service to the Department of Psychiatry, Wilford Hall Medical Center, 1991.

Air Force National Defense Ribbon, Desert Storm Campaign, 1991.

Mohonasen High School Hall of Fame for Lifetime Achievement, 1992 inductee.

Health Care Professional of the Year Award, Boulton and Park Society, San Antonio, Texas, 1992-93.

Special Citation Award, Society of Behavioral Medicine, with Coyle C, et al., for presentation at 1993 Society of Behavioral Medicine Annual Meeting, 1993.

State of Tennessee Champion, long range (50-200 meters) large caliber standing pistol competition, 1994 and 1995.

Southeastern Region (13-state) Champion, long range (50-200 meters) large caliber standing pistol competition, 1994.

Institute for Legislative Action, 1995 Honor Role.

Sterling Who's Who of Health Care Professionals, 1995.

Southern Medical Association 1995 Award for Medical Excellence (Best Scientific Oral Presentation in Neurology and Psychiatry), $1,000 Scholarship prize, 1995.

International long range large caliber pistol competition, third place tie, ranked seventh in the world, 1995 (International Handgun Metallic Silhouette Association).

Janssen Clinical Scholar, 1995.

Mountain Home VAMC Group Special Contribution Award, 1995, 1997.

Marquis Who's Who in the South and Southwest, 1996-1998.

Marquis Who's Who in Medicine and Healthcare, 1997-1998.

State of Tennessee Champion, big bore and small bore "triathlon" long range pistol competition, 1996.

Certificate of Appreciation, ETSU Psychiatry Residents, 1997, 1998, 1999.

Southeastern Region (13-state) Champion, long range (50-200 meters) big bore production pistol competition, 1997.

Fellow, American Psychiatric Association, 1998-2002.

International long range large caliber handgun competition, First Place in three events, 1998.

State of Tennessee Champion, 6-gun "Ironman", .22 caliber and Field Pistol, 1998.
State of Tennessee Champion, .22 caliber (4-gun), Field Pistol, and large caliber (5-gun), 1999.
Resident Special Recognition Award, June, 2000.
Tennessee and Virginia Champion, 6-gun "Ironman," large caliber handgun silhouette, 2000.
Southeastern Region (13 states) Champion, 6-gun "Ironman", .22 caliber handgun silhouette, 2000.
Southeastern Region (13 states) Champion, 5-gun aggregate Champion, .22 caliber handgun silhouette, Conover, North Carolina, 2001.
Southeastern Region (13 states) Field Pistol Champion, 100 meters, 2001.
International (5 countries) top 10 finisher in 5 events, large-caliber handgun silhouette competition, Midvale, Ohio, 2002
Southeastern Region (13 states) Champion, 5-gun aggregate and Unlimited Class, .22 caliber handgun silhouette, Patrick, South Carolina, 2003
Distinguished Fellow, American Psychiatric Association, January, 2003
Special Group Contribution Award, VAMC, 2003
Secretary of Defense Certificate of Recognition, Cold War Military Service, 2003
Twenty year U.S. government service pin, January 10, 2005
VA Performance Award, 2005
First Annual Irma Bland Award for Excellence in Teaching Residents, presented by the American Psychiatric Association, May, 2005
Special Contribution Award, Mountain Home VAMC, for assisting in obtaining over 2.5 million in new program monies from VA Central Office RFP process,  April 26, 2006
Top Psychiatrists of 2006, Consumer Research Council selectee
ETSU Resident Recognition Award for "dedication to the Resident's Journal Club", 2006
Fellow, Southern Psychiatric Association, 2006
ETSU Psychiatry Faculty Mentor of the Year Award, June 2007
Cambridge Who's Who Executive and Professional Registry, 2007


## UNIVERSITY/VAMC COMMITTEE ACTIVITIES:

Learning Resources Advisory Committee (ETSU), 1995-1996.
Psychiatric Residency Training Committee (ETSU), 1993-present.
Peer Review Committee (VAMC), 1995-1996.
Chairman and Founder, Psychiatric Grand Rounds and Visiting Professor Program (ETSU), 1993-1997: 2003-2004; currently serve as member of committee.
Clinical Executive Board (VAMC), 1995-present.
Research and Development Committee, Dean's Appointment (VAMC), 1996-1998.
Chairman, VAMC Research and Development Committee, 1999-2000.
Co-Chairman, Mental Health Council (VAMC), 1995-present.
Academic Partnership Committee (ETSU), member, 1995-present.
Facility Master Plan and Space Utilization Committee (VAMC), 1995-present.
Professional Standards Board (VAMC), 1995-present.
Safety Committee, Department of Psychiatry, Chairman (VAMC)
ETSU Promotion and Tenure Committee, 1998-present.
Resident Selection Committee, ETSU Psychiatry Program, 1998-present.
Chairman, VAMC Research and Development Committee, 2001-2002.
Veterans Health Affairs, VISN 9, Budget and Finance Committee, 2002-2004.
Institutional Review Board (ETSU/VAMC), member, 1996-2003; served as acting chair as needed.
Cameron University Department of Psychology, Dissertation Committee Consultant for Beth Ryan, Masters Thesis, 2004-2005


## FORENSIC PSYCHIATRY ACTIVITIES:

1. Military court proceedings, two occasions as expert witness; U.S. Air Force, U.S. Army, c. 1990-1992
2. Military Physical Evaluation Board Proceedings, expert testimony, 2/8/02
3. United States District Court for the District of Columbia, expert opinion ("Declaration"), Farmer v. Hawk, (prison medical care issues), 1999
4. United States District Court for the District of Columbia, expert testimony (in-person deposition), Yolanda Burt v. Federal Bureau of Prisons (prison medical care issues), 2000
5. Kosilek v. Massachussetts Department of Corrections/Maloney, United States District Court proceedings, expert witness, 2001
6. Family Court expert witness testimony, Missouri, (custody issues for transgendered parent),1993
7. Thompson v. Idaho Department of Corrections (prison medical care Issues), consultant on behalf of plaintiff, 2002
8. State of Missouri Medical Board, testimony on behalf of physician, 10/2001
9. State of Tennessee Medical Board, testimony on behalf of physician, 5/2002
10. Military Administrative Hearing,  consultant,  U.S. Army, December, 2002
11. Oiler v. Winn-Dixie case, consultant, 2002
12. Moore v. State of Minnesota, consultant and telephone deposition on behalf of defendant, Attorney General's Office, State of Minnesota, 2003
13. Woods v. US Air Force, administrative discharge board, consultant, San Antonio, TX, 2003
14. United States District Court, Western District of Virginia, expert depositional testimony, De'Lonta vs. Angelone and Prison Health Services, Inc. (Virginia Department of Corrections), 2003-2004
15. Malpractice case, Tennessee, for defendant (primary care physician) consultant, 2004-2005
16. Josef  v. Ontario Minister of Health, Attorney General of Ontario representing Her Majesty the Queen in Right of Ontario; Ontario Superior Court of Justice; expert witness, affidavit testimony, consultant, 2004-present
17. Nubel v. New Jersey Board of Nursing, consultant and depositional testimony, 2004-2005
18. Malpractice case, Tennessee, for defendant (psychiatrist), consultant, 2004-2005
19. Malpractice case, Kentucky, for defendant (psychiatrists), consultant, 2005-present
20. Kosilek v. Mass Department of Corrections/ Kathleen Dennehy, expert witness and consultant, 2005-2006
21. Gammett v. Idaho Department of Corrections, consultant, 2005
22. Isaak v. Idaho Department of Corrections, consultant, 2006
23. May v. State of Tennessee and multiple codefendants; consultant and expert witness on behalf of defendant, Attorney General's Office, State of Tennessee, 2006
24. Sundstrom v. Wisconsin Department of Corrections, consultant and expert witness on behalf of plaintiff, trial testimony, 10/2007
25. Palmer v. State of TN; malpractice case; consultant and expert witness for defendant, Attorney General's Office, State of Tennessee 2007-present
26. Spray v. Temp Agency, consultant/affidavits for plaintiff, 2007-present.


## PUBLICATIONS:

1. Brown G R:  Morphologic complexity and its relationship to taxonomic rates of evolution.  J Undergrad Res, 3:139-168, 1978.
2. Brown G R:  Stadol dependence: another case.  JAMA, 254(7):910, 1985.
3. Brown G R:  Letter to the Editor.  Newsletter of the Ohio Psychiatric Association, 10(1):8, 1986.
4. Brown G R:  Resident Rounds.  Column for Newsletter of the Ohio Psychiatric Association.  10(2), 10(3), 11(1),11(2), 1986-1987.

5. Brown G R:  Anorexia nervosa complicated by Mycobacterium xenopi pulmonary
   infection.  J Nerv Ment Dis, 175(10):629-632, 1987.
6. Brown G R: Mycobacterium xenopi infection complicating anorexia nervosa.
   Proceedings of the 29th Annual Meeting of American College of Physicians (Air
   Force Regional Meeting), 22-25 March, 1987.
7. Brown G R: Buspar, a new anxiolytic.  Letter to the Editor, Journal of the Ohio State Medical
   Association, Spring, 1987.
8. Brown G R: Transsexuals in the military: flight into hypermasculinity. Abstract.
   Proceedings of the 10th International Symposium on Gender Dysphoria
   (Amsterdam, The Netherlands) 7 June, 1987.
8. Brown G R: Transsexuals in the military: flight into hypermasculinity. Arch Sex Behav,
   17(6):527-537, 1988.
10. Brown G R:  Therapeutic effect of silence: application to a case of borderline personality
    disorder.  Current Issues in Psychoanalytic Practice, 4(3-4):123-131, 1988.
11. Brown G R: Bioethical issues in the management of gender dysphoria. Jefferson J
    Psychiatry, 6(1):33-44, 1988.
12. Brown G R, Rundell J R: Psychiatric disorders at all stages of HIV infection.  Proceedings of
    the 1988 Annual Session of the Texas Medical Association (San Antonio, Texas), May,
    1988.
13. Brown G R, Rundell J R: Suicidal tendencies in HIV-seropositive women.  Am J Psychiatry,
    146(4):556-557, 1989.
14. Brown G R, Collier L: Transvestites' women revisited: a nonpatient sample. Arch Sex Behav,
    18(1):73-83, 1989.
15. Brown G R, Pace J: Hypoactive sexual desire disorder in HIV-seropositive individuals. JAMA,
    261(17):2305, 1989.
16. Brown G R: Prospective study of psychiatric morbidity in HIV-seropositive women.
    Psychosom Med, 51:246-247, 1989.
17. Brown G R: Current legal status of transsexualism in the military. (Letter) Arch Sex Behav,
    18(4):371-373, 1989.
18. Rundell J R, Brown G R: Use of home test kits for HIV is bad medicine. JAMA, 262(17):2385-
    2386, 1989.
19. Rundell J R, Brown G R, Paolucci S L: Psychiatric diagnosis and attempted suicide in HIV-
    infected USAF personnel. Abstract. Proceedings of the Fifth International Conference on
    AIDS (Montreal, Canada), June, 1989.
20. Brown G R: Current legal status of transsexualism in the military. Abstract. Proceedings of
    the Eleventh Inter-national Symposium on Gender Dysphoria (Cleveland, Ohio),
    September, 1989.
21. Brown G R: A review of clinical approaches to gender dysphoria. J Clin Psychiatry,
    51(2):57-64, 1990.
22. Pace J, Brown G R, Rundell J R, et al.: Prevalence of psychiatric disorders in a mandatory
    screening program for infection with human immunodeficiency virus: A pilot study.  Milit
    Med, 155:76-80, 1990.
23. Rundell J R, Brown G R: Persistence of psychiatric symptoms in HIV seropositive
    persons. Am J Psychiatry, 147(5):674-675, 1990.
24. Praus D, Brown G R, Rundell J R, et al.:  Associations between CSF parameters and high
    degrees of anxiety or depression in USAF personnel infected with HIV. J Nerv Ment Dis,
    178(6):392-395, 1990.
25. Brown G R, Rundell J R: Prospective study of psychiatric morbidity in HIV-seropositive
    women without AIDS.  Gen Hosp Psychiatry, 12:30-35, 1990.
26. Brown G R: The transvestite husband.  Med Aspects Human Sexuality, 24(6):35-42, 1990.
27. Drexler K, Brown G R, Rundell J R: Psychoactive drug use and AIDS. JAMA, 263(3):371,
    1990.
28. Brown G R, Rundell J R: Psychiatric morbidity in HIV-seropositive women without AIDS.
    Proceedings of the 143rd Annual Meeting of the American Psychiatric Association, pages
    75-76 (New York, New York), May, 1990.
29. Rundell J R, Ursano R, Brown G R: HIV infection and perception of social support.

Proceedings of the 143rd Annual Meeting of the American Psychiatric Association, page 76 (New York, New York), May, 1990.

30. Rundell J R, Brown G R, McManis S, et al.: Psychiatric predisposition and current psychiatric findings in HIV-infected persons. Proceedings of the Sixth International Conference on AIDS (San Francisco, California), June, 1990.

30. Drexler K, Rundell J R, Brown G R, et al.: Suicidal thoughts, suicidal behaviors, and suicide risk factors in HIV-seropositives and alcoholic controls. Proceedings of the Sixth International Conference on AIDS (San Francisco, California), June, 1990.

31. Brown G R: The inpatient database as a technique to prevent junior faculty burnout.  Acad Psychiatry, 14(4):224-229, 1990.

32. Rundell J R, Wise M, Brown G R, et al: Relative frequency of HIV disease as a cause of mood disorder in a general hospital. Proceedings of the 1990 Update on Neurological and Neuropsychological Complications of HIV Infection, page PSY-4 (Monterrey, California), June, 1990.

33. Rundell J R, Praus D, Brown G R, et al: CSF parameters, immune status, serum viral titers, anxiety, and depression in HIV disease. Proceedings of the 1990 Update on Neurological and Neuropsychological Complications of HIV Infection, page PSY-5 (Monterrey, California), June, 1990.

34. Brown G R: Clinical approaches to gender dysphoria. Abstract. Psychiatry Digest, 5:9-10, 1990.

35. Brown G R, Rundell J R, Temoshok L, et al: Psychiatric morbidity in HIV-seropositive women:  Results of a three year prospective study.  Proceedings of the 37th Annual Meeting of the American Academy of Psychosomatic Medicine, 1990.

36. Rundell J R, Brown G R, Kyle K, et al: Methods employed by and length of knowledge of HIV-seropositivity of HIV-infected suicide attempters.  Proceedings of the 37th Annual Meeting of the American Academy of Psychosomatic Medicine, 1990.

37. Brown G R: Unzufriedenheit mit dem eigenen Geschlecht:Klinische Behandlungsmoglichkeiten. Abstract for European readership. Psychiatry Digest, 10:3-4, 1990.

38. Brown G R, Anderson B W: Credibility of patients in psychiatric research. Amer J Psychiatry, 148(10):1423-1424, 1991.

39. Brown G R, Anderson B: Psychiatric morbidity in adult inpatients with childhood histories of physical and sexual abuse. Amer J Psychiatry, 148(1):55-61, 1991.

40. Plotnick E, Brown G R: Use of intravenous haloperidol in nonviolent severely regressed adult psychiatric inpatients. Gen Hosp Psychiatry, 13:385-390, 1991.

41. Brock I, Brown G R, Jenkins R: Affect and health locus of control in early HIV infection. Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 79, 1991.

42. Brock I, Brown G R, Jenkins R: Early HIV infection and health locus of control. Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 79, 1991.

43. Brown G R, Pace J, Brock I, et al: Psychiatric morbidity in HIV-seropositive military women. Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 208, 1991.

44. Pace J, Brown G R: Factors associated with length of inpatient psychiatric hospitalization in a military medical center.  Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 95, 1991.

45. Plotnick E, Brown G R: Sexual functioning in HIV-positive women without AIDS. Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 80-81, 1991.

46. Hicks D, Stasko R, Rundell J, Norwood A, Brown G R: Psychiatric treatment in early HIV disease.  Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 208, 1991.

47. McManis S, Brown G R, Rundell J, et al: Subtle, early cognitive impairment in HIV disease. Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 77-78, 1991.

48. McManis S, Brown G R, Rundell J, et al: Cognitive impairment and CSF values in HIV

disease.  Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 78, 1991.

49. McManis S, Brown G R, Zachary R, et al: Cognitive impairment and gender in HIV-positive persons.  Proceedings of the 144th Annual Meeting of the American Psychiatric Association, 78, 1991.

50. Carey M, Jenkins R, Brown GR, et al: Gender differences in psychosocial functioning in early stage HIV patients. Proceedings of the 7th International  Conference on AIDS, M.B. 4230, 1:447, 1991.

51. McManis S, Brown G R, Zachary R, et al: Neuropsychiatric impairment early in the course of HIV infection. Proceedings of the 7th International Conference on AIDS, M.B. 2064, 1:198, 1991.

52. Brown G R, Rundell J, Pace J, et al: Psychiatric morbidity in early HIV infection in women: results of a 4 year prospective study. Proceedings of the First International Conference on Biopsychosocial Aspects of HIV Infection, p 22, 1991.

53. Brown G R, Kendall S, Zachary R, et al: Psychiatric and psychosocial status of US Air Force HIV-infected personnel. Proceedings of the First International Conference on Biopsychosocial Aspects of HIV Infection,  p 121, 1991.

54. Brown G R, Zachary R, McManis S, et al: Gender effects on HIV-related neuropsychiatric impairment.  Proceedings of the First International Conference on Biopsychosocial Aspects of HIV Infection, p 125, 1991.

55. Temoshok L, Smith M, Brown G R, Jenkins R: Perceptions of zidovudine (AZT) and cooperation with treatment or clinical trials. Proceedings of the First International Conference on Biopsychosocial Aspects of HIV Infection,  p 198, 1991.

56. Jenkins R, Patterson T, Brown G R, Temoshok L:  Social functioning in early stage HIV patients. Proceedings of the First International Conference on Biopsychosocial Aspects of HIV Infection, p P12, 1991.

57. Zachary R, Coyle C, Kendall S, Brown G R: Living with HIV:Mechanisms for coping with psychological distress. Proceedings of the First International Conference on Biopsychosocial Aspects of HIV Infection, p P13, 1991.

58. Brown G R, Rundell J, McManis S, Kendall S, Jenkins R: Neuropsychiatric morbidity in early HIV disease: Implications for military occupational function.  Proceedings of the Aerospace Medicine Symposium on Allergic, Immunological, and Infectious Disease Problems in Aerospace Medicine, NATO Advisory Group for Aerospace Research and Development, AGARD-CP-518, (paper 16):1-14, 1990.

59. Brown G R: Single USAF AIDS center offers unique opportunity to research biopsychosocial aspects of HIV infection. San Antonio, M.D., 1(4):8-9,14-15, 1991.

60. Rundell J, Mapou R, Temoshok L, Brown G R: An overview of the U.S. military HIV testing policy. Proceedings of the American Psychological Association Annual Meeting, August, 1991, page 277.

61. Brown G R: The transvestite husband. J Gender Studies, 13(1):14-19, 1991.

62. Rundell J R, Kyle K, Brown G R, Thomasen J:  Factors associated with suicide attempts in a mandatory HIV-testing program.  Psychosomatics, 33(1):24-27, 1992.

63. Beighley P, Brown G R: Medication refusal in psychiatric inpatients in the military. Military Med, 157:47-49, 1992.

64. McManis S, Brown G R, Zachary R, et al: Screening for subtle neuropsychiatric deficits early in the course of HIV infection. Psychosomatics, 34(5):424-431, 1993.

65. Brown G R, Kendall S, Ledsky R: Sexual dysfunction in HIV-seropositive women without AIDS. J Psychol Human Sexuality, 7(1-2):73-97, 1995.

66. Brock I, Brown G R: Psychiatric length of stay determinants in a military medical center.  Gen Hosp Psychiatry,15(6):392-398, 1993.

67. Brown G R, Rundell J, McManis S, Kendall S, Jenkins R: Neuropsychiatric morbidity in early HIV disease: Implications for military occupational function. Vaccine, 11(5):560-569, 1993.

68. Brown G R, Rundell J: Prospective study of psychiatric aspects of early HIV  infection in women. Gen Hosp Psychiatry, 15:139-147, 1993.

69. Brown G R, Rundell J, McManis S, Kendall S, Zachary R, Temoshok L: Prevalence of

12

psychiatric disorders in early stages of HIV infection in United States Air Force Personnel. <u>Psychosomatic Medicine</u>, 54:588-601, 1992.

70. Beighley P, Brown G R, Thompson J: DSM-III-R brief reactive psychosis among Air Force recruits. <u>J Clin Psychiatry</u>, 53(8):283-288, 1992.

71. Brown G R: Letter to the editor. Amer J Psychiatry, 149(4):541, 1992.

72. Lothstein L M, Brown G R: Sex reassignment surgery: current concepts. <u>Integ Psychiatry</u>, 8(1):21-30, 1992.

73. Brown G R, Zachary R, Rundell J R: Suicidality before and after HIV seroconversion in men with early stage disease. Proceedings of the 50th Anniversary International Meeting of the American Psychosomatic Society, 43, 1992.

74. Brock I, Brown G R, Butzin C: Predictors of psychiatric inpatient length of stay. Proceedings of the 145th Annual Meeting of the American Psychiatric Association, New Research Volume, 101, 1992.

75. Rundell J R, Brown G R, Jenkins R, Temoshok L: Social support, psychiatric morbidity, and HIV disease. CME Syllabus and Proceedings of the 145th Annual Meeting of the American Psychiatric Association, 281, 1992.

76. Plotnick E, Brown G R: IV haloperidol in severe nonviolent psychosis. <u>Psychiatry Drug Alerts</u>, 6(5):40, 1992.

77. Goethe K, Richie D, Brown G R, Kendall S: Longitudinal neuropsychological findings in HIV-positive males. Proceedings of the 8th International AIDS Conference, Vol. 2, Abstract PuB 3770, Amsterdam, The Netherlands, 1992.

78. Brown G R, Zachary R, McManis S, Coyle C, Kendall S, Kozjak J: Stability of personality disorder diagnoses in early HIV infection. Proceedings of the 8th International AIDS Conference, Vol 3, Abstract PuB 7063, Amsterdam, The Netherlands, 1992.

79. Mapou R, Goethe E, Law W, Kendall S, Rundell J, Brown G R, Nannis E, et al.: Minimal impact of self-reported mood on neuropsychological performance in HIV-infected military personnel. Proceedings of the 8th International AIDS Conference, Vol 3, Abstract PuB 7338, Amsterdam, The Netherlands, 1992.

80. Nannis E, Temoshok L, Jenkins R, Rundell J, Brown G R, Patterson T: Noncompliance with zidovudine: Psychosocial factors. Proceedings of the 8th International AIDS Conference, Vol 3, Abstract PuB 7377, Amsterdam, The Netherlands, 1992.

81. Brown G R: 106 women in relationships with crossdressing men: a descriptive study from a nonclinical setting. <u>Arch Sex Behav</u>, 23(5), 515-530, October, 1994.

82. Nannis E, Temoshok L, Jenkins R, Blake S, Sharp E, Jenkins P, Brown G, Patterson T, Coyle C, Brandt U, Johnson C: Gender differences in transmission risk behavior, affect, and social support in HIV positive individuals. Proceedings of the Fourteenth Annual Meeting of The Society of Behavioral Medicine, San Francisco, CA, 1993, #D17; Annals of Behavioral Medicine 15:S105.

83. Coyle C, Blake S, Brown GR, Ledsky R, Temoshok L: Methodological issues in assessing risk behaviors in an HIV seropositive military sample (Special Citation Award). Proceedings of the Fourteenth Annual Meeting of The Society of Behavioral Medicine, San Francisco, CA, March, 1993, #D02. Also in Annals of Behavioral Medicine 15:S101.

84. Zachary R, Brown GR, Kendall S, Coyle C, McManis S: Psychosocial stressors and vulnerability to psychiatric distress in early-stage HIV. Proceedings of the Fourteenth Annual Meeting of The Society of Behavioral Medicine, San Francisco, CA, March, 1993, #D08.

85. Suter E, Cassem E, Murray G, Brown G R, et al: Violence in America-Effective solutions. <u>Journal of the Medical Association of Georgia</u> 84(6):253-263, 1995.

86. Brown G R: Use of methylphenidate in treating the cognitive decline associated with HIV disease. <u>Intl J Psychiatry Med</u>, 25(1):21-37, 1995.

87. Brown G R: Teen transvestites. <u>Psychiatric Times</u>, Letter to the Editor, 11(11):9, 1994.

88. Brown G R: New onset of sexual dysfunction in HIV-seropositive women: Results of a prospective study. Proceedings of the 88th Annual Scientific Meeting of the Southern Medical Association, November 3, 1994, page S54.

89. Brown G R: Cross-dressing men lead double lives. <u>Menninger Letter</u>, April, 1995.

90. Richards J, McManis S, Brown G R: Personality disorders in HIV-positive persons:

association with other measures of psychiatric morbidity. (abstract) Proceedings of the Annual Meeting of the American Psychiatric Association, NR1, page 53, Philadelphia, PA, May 23, 1994.

91. Brown G R, Wise T, Costa P, Herbst J, Fagan P, Schmidt C: Personality characteristics and sexual functioning of 188 cross-dressing men. J Nerv Ment Disease, 184(5):265-273, 1996.

92. Brown G R: The transvestite husband. Tapestry 72:52-54, 1995 (substantially similar to publication #26 above).

93. Brown G R, Wise T, Costa P: Personality characteristics and sexual functioning of 188 American transgendered men: Comparison of patients with nonpatients. Proceedings of the 14th Harry Benjamin International Gender Dysphoria Symposium, pages 12-13, 1995.

94. Brown G R, Radford M, Greenwood K, Matthew H: Sertindole Hydrochloride: A novel antipsychotic with a favorable side effect profile. Southern Medical Journal, (abstract), 88(10):S58, 1995.

95. Brown G R, Radford M: Sertindole Hydrochloride: A novel antipsychotic with a favorable side effect profile. Southern Medical Journal, 90(7):691-693, 1997.

96. Zimbroff D, Kane J, Tamminga C, et al: Controlled, dose-response study of sertindole and haloperidol in the treatment of schizophrenia. American Journal of Psychiatry, 154(6):782-791, 1997.

97. Ceniceros S, Brown G R, Swartz C: Tattoos, body piercing, and psychiatric disorders. Proceedings of the Fourteenth Annual ETSU Student Research Forum, abstract 501; winner of the best scientific poster in resident/fellow category, 1998.

98. Ceniceros S, Brown G R, Swartz C: Tattoos, body piercing, and psychiatric disorders. Proceedings of the Annual Meeting of the American Psychiatric Association, Toronto, Canada, June 1, 1998.

99. Ceniceros S, Brown G R: Acupuncture: A review of its history, theories, and indications. Southern Medical Journal 91(12):1121-1125, 1998.

100. Levine S, Brown G R, Coleman E, et al.: The Standards of Care for Gender Identity Disorders. International Journal of Transgenderism, 2(2):2-20, 1998.

101. Ceniceros S, Brown GR, Swartz,C: Tattoos, body piercing, and psychiatric disorders. Southern Medical Journal 91(10):S52-53, 1998.

102. M N Miller, B E Miller, R Chinouth, B Coyle, GR Brown: Increased premenstrual dosing of nefazodone relieves premenstrual magnification of depression: a double-blind, crossover study. Proceedings of the 1999 Annual Meeting of the Society for Neuroscience, Miami Beach, Florida.

103. Brown G R: Gender identity comorbid with dissociative identity disorder. Proceedings of the XVI Biennial Symposium of the Harry Benjamin International Gender Dysphoria Association, London, England, August, 1999.

104. Levine SB, Brown G R, Coleman E, et al.: The newly revised Standards of Care for Gender Identity Disorders. J Sex Educ Therapy 24(3):117-127, 1999.

105. McKenzie D, Brown G R: A study of internet usage. Southern Medical Journal 93(10):S83, 2000.

106. M N Miller, B E Miller, R Chinouth, B Coyle, GR Brown: Increased premenstrual dosing of nefazodone relieves premenstrual magnification of depression. Depression and Anxiety 15:48-51, 2002.

107. Best Practice Guidelines, Adult Behavioral Health Services, Tennessee Department of Mental Health and Developmental Disabilities, Task Force coauthor (Chairman, Cliff Tennison), July 2002.

108. Brown GR: Application of the HBIGDA Standards of Care to the Prison Setting: Recent Victories for Transgender Care in the USA. Proceedings of the 18th Biennial Symposium of the HBIGDA, Gent, Belgium, 2003.

109. Ettner R, Brown GR, White T, Shah BJ: Family and Systems Aggression Towards Therapists Working with Transgendered Clients. . Proceedings of the 18th Biennial Symposium of the HBIGDA, Gent, Belgium, 2003.

110. Brown G R:  Mental disorders among military personnel.  <u>American Journal of Psychiatry</u>, letter to the editor, 160(6):1190-1191, 2003.
111. Brown G R, McBride L, Williford W, Bauer M: Impact of childhood sexual abuse on bipolar disorder.  Proceedings of the 5th International Conference on Bipolar Disorders, Pittsburgh, PA, 2003.
112. Brown G R, Bauer M, McBride L, Williford W: Impact of childhood abuse on disease course in veterans with bipolar disorder.  <u>Southern Medical Journal</u> Abstract Supplement 96(10):S34-S35, 2003.
113. Brown G R: Tinnitus: The ever-present tormentor.  <u>The Hearing Journal</u> 57(4):52-53, 2004.
114. Ettner R, Brown G R, White T, Shah B: Transgender client aggression towards therapists. Proceedings of the XIX Biennial Symposium of the Harry Benjamin International Gender Dysphoria Association, p. 61, Bologna, Italy, April 9, 2005.
115. Brown G R: Gender identity disorder comorbid with dissociative identity disorder: review of the literature and 7 year followup case presentation. Proceedings of the XIX Biennial Symposium of the Harry Benjamin International Gender Dysphoria Association, p. 80-81, Bologna, Italy, April 9, 2005.
116. Brown G R, Bauer M S, McBride L, Williford W O: Impact of childhood abuse on the course of bipolar disorder: A replication study in U.S. veterans.  <u>Journal of Affective Disorders</u> 89:57-67, 2006.
117. Ettner R, White T, Brown G R, Shah, B: Transgender client aggression towards therapists. <u>International Journal of Transgenderism</u>, 9(2): 1-7, 2006. **DOI**: 10.1300/J485v09n02_01
118. Bauer M, McBride L, Williford W,  Glick H,  Kinosian B, Altshuler L,  Beresford T,  Kilbourne A, Sajatovic, M, Brown G R, et al: Collaborative Care for Bipolar Disorder, Part I: Intervention and Implementation in a Multi-Site Randomized Effectiveness Trial, <u>Psychiatric Services</u>, 57(7):927-936, 2006.
119. Bauer M, McBride L, Williford W,  Glick H,  Kinosian B, Altshuler L,  Beresford T,  Kilbourne A, Sajatovic, M, Brown G R, et al: Collaborative Care for Bipolar Disorder, Part II: Impact, Clinical Outcome, Function, and Costs, in press, <u>Psychiatric Services</u> 57(7):937-945, 2006.
120. Brown G: Autocastration and Autopenectomy as Surgical Self-treatment in Incarcerated Persons with Gender Identity Disorder. In review, <u>International Journal of Transgenderism,</u> 2007.
121. Brown G: Autocastration and Autopenectomy as Surgical Self-treatment in Incarcerated Persons with Gender Identity Disorder. Proceedings of the XX Biennial Symposium of the World Professional Association for Transgender Health, Chicago, Illinois, September, 2007.
122. Brown G, Whitten T, et al: Gender Identity Disorders in the Military and VA.  Panel discussion and presentation. Proceedings of the XX Biennial Symposium of the World Professional Association for Transgender Health, Chicago, Illinois, September, 2007.


**BOOK CHAPTERS:**

1.      Brown G R: Therapeutic effect of silence. In Strean H (ed.): Psychoanalytic Technique, Haworth Press, New York, 1988.

2.      Brown G R: Gender reassignment: Psychiatric, endocrinologic, and surgical management (with Leiter E, Futterweit W). Chapter 68. In Webster G, Kirby R, King L, Goldwasser B (eds.): Reconstructive Urology, Blackwell Scientific Publications, London, 1992.

3.      Goldschmidt M, Temoshok L, Brown G R: Women and HIV/AIDS. In Niven C, Carroll D (Eds.): The Health Psychology of Women, Harwood Academic Publishers, London, 1993.

4.      Brown G R, Philbrick K: Sexual and Gender Identity Disorders in the Consultation-Liaison

Psychiatry Setting. In  Rundell J, Wise M (Eds.): Textbook of Consultation-Liaison Psychiatry, APA Press, Washington, D.C., 1996.

5.      Brown G R: Transvestism. Chapter 71, pages 1977-2000.  In Gabbard G (Ed.): Treatments of Psychiatric Disorders: The DSM-IV Edition, APA Press, Washington, D.C., 1995.

6.      Brown G R: Women in the Closet: Relationships with Transgendered Men. In Denny D (Ed.): Current Concepts in Cross-Gender Identity: A New Synthesis, Chapter 21, pp. 353-371, Garland Press, New York, 1998.

7.      Brown G R, Kendall S, Ledsky R: Sexual Dysfunction in HIV-Seropositive Women Without AIDS. In Ross M (Ed): HIV/AIDS and Sexuality, Haworth Press, New York, 73-98, 1995.

8.      Brown G R: Gender Disorders and Sexual Dysfunctions. In Berkow R (Ed): The Merck Manual, 17th (Centennial) Edition, Merck Research Labs, Rahway, N.J., 1999.

9.      Brown G R: Gender Disorders and Sexual Dysfunctions. In Berkow R (Ed): The Merck Manual of Medical Information, Home Edition,  Merck Research Labs, Rahway, N.J., 1997.

10.     Brown G R, Philbrick K: Sexual and Gender Identity Disorders in the Consultation-Liaison Psychiatry Setting. In  Rundell J, Wise M (Eds.): Concise Guide to the Textbook of Consultation-Liaison Psychiatry, APA Press, Washington, D.C., 1999.

11.     Brown G R: Transvestism.  In Gabbard G and Atkinson S (Eds.): Synopsis of Treatments of Psychiatric Disorders, Second Edition, APA Press, Washington, D.C., 829-836, 1996.

12.     Brown G R: Transvestism and Gender Identity Disorders. .  In Gabbard G (Ed.): Treatments of Psychiatric Disorders, Third Edition, APPI, Washington, D.C., Chapter  73, pages 2007-2067, 2001.

13.     Brown G R, Gass G, Philbrick K: Sexual and Gender Identity Disorders in the Consultation-Liaison Psychiatry Setting.  In  Rundell J, Wise M (Eds.): Textbook of Consultation-Liaison Psychiatry, Second Edition, APA Press, Washington, D.C.,Chapter 22, pages 455-476, 2002.

14.     Brown G R, Ceniceros S: Human Sexuality in Health and Disease. In Wedding D (Ed.): Behavior and Medicine, 3rd Edition, Hogrefe & Huber, Seattle, Chapter 12, pages 171-183, 2001.

15.     Brown G R: Sexuality.  In Beers M (Ed): The Merck Manual of Medical Information, Home Edition, 2nd Edition, Merck Research Labs, Rahway, N.J., 2003.

16.     Brown GR, Haaser RC: Sexual Disorders in the General Hospital Setting.  In Levenson J (ed): Consultation-Liaison Psychiatry, American Psychiatric Press Inc., Washington, D.C., Chapter 17, pages 359-386, 2004.

17.     Brown G R: Gender Disorders and Sexual Dysfunctions. In Berkow R (Ed): The Merck Manual of Medical Information,  18th edition,   Chapter 203, Merck Research Labs, Rahway, N.J., 2006.

18.     Rahimian J, Bergman J, Brown G R, Ceniceros S: Human Sexuality. In Wedding D and Stuber M (Ed): Behavior and Medicine, 4th Edition, Hogrefe & Huber, Seattle, Chapter 12, 2006 (currently being used as the core textbook in a number of medical school curricula, including ETSU).

19.     Brown GR: Gender Disorders and Sexual Dysfunctions. The Merck Manual of Women's and Men's Health. Simon & Schuster, Pocket Books, Chapter 2, pages 21-29, 2007.

## BOOK REVIEWS:

Garner D M, Garfinkel P E (eds.): Diagnostic Issues in Anorexia Nervosa and Bulimia Nervosa. Reviewed for Journal of Nervous and Mental Diseases, 177(5):307-308, 1989.

Kanas N: Group Therapy for Schizophrenic Patients.  Reviewed for Psychiatric Times, June, 1997.

## PROFESSIONAL PUBLICATIONS REVIEWED:

Reviewer, Journal of Clinical Psychiatry, 1987 to present.
Reviewer, Psychosomatics, 1989 to present.
Reviewer, Journal of AIDS, 1990 to 2001.
Reviewer, Psychology and Health, 1992.
Editorial Board, San Antonio M.D., 1991-1993.
Reviewer, International Journal of Psychiatry in Medicine, 1994-present.
Reviewer, CNS Drugs, 1995-2002.
Reviewer, Southern Medical Journal, 1995-present.
Reviewer, AIDS Patient Care, 1996-2003.
Reviewer, International Journal of Transgenderism, 1997-present.
Reviewer, Federal Practitioner, 2000-present.
Reviewer, Journal of the American Geriatrics Society, 2000-2003.
Reviewer, Bipolar Disorders, 2005-present.

## PRESENTATIONS:

Behavioral Medicine Lecture Series, Kettering Medical Center, Kettering, Ohio.  Ten
         parts.  January 24-June 25, 1985.
"Sex Reassignment Surgery: Surgical Cure or Well-Meaning Mutilation?", Good Samaritan
         Hospital, Dayton, Ohio. March 5, 1985.
"The Difficult Patient:  Recognition, Understanding, and Management", The Marriott
         Hotel, Dayton, Ohio.  March 6, 1985, (Category I, CME credit).
"Transsexualism:  Literature Review and Case Report", Wright State University, Dayton,  Ohio.
         March 19, 1985.
"Pseudoseizures:  When is a Jerk not a Fit?", Bergamo Conference Center, Kettering,
         Ohio.  April 19, 1985. (Category I, CME credit).
"Transsexualism:  What Sex am I?", University Center, Wright State University, Dayton,
         Ohio.  September 17, 1985.
"Transsexualism and the Military", Good Samaritan Hospital, Dayton, Ohio.  March 18,
         1986.
"Clinical Utility of the House-Tree-Person Test", Diversion Program, Dayton, Ohio. April
         9, 1986.
"The Silent Mitwelt", Bergamo Conference Center, Kettering, Ohio.  April 18, 1986.
         (Category I, CME credit).
"Clinical Recognition of Alexithymia", Diversion Program, Dayton, Ohio. June 3, 1986.
"Male-to-Female Transsexualism - Case Study",  Case Western Reserve University,
         Cleveland, Ohio. July 18, 1986.
"Zoophilia: Literature Review and Case Study", Case Western Reserve University,

Cleveland, Ohio. July 31, 1986.

"Neuropsychiatry of Alexithymia",  Good Samaritan Hospital, Dayton, Ohio. October 14,  1986.

"Penile Auto-Injection: New Treatment for Organic Impotence", Diversion Program, Dayton, Ohio. August 12, 1986.

"Gender Identity Development in Children and Adolescents",  Diversion Program, Dayton, Ohio. August 26, 1986.

"Paraphilias", Good Samaritan Hospital Seminar, Dayton, Ohio. November 17, 1986.

"Introduction to Gender Disorders", Good Samaritan Hospital, Dayton, Ohio. December 15, 1986, January 5, 1987.

"Strategic Psychotherapy, Part I", Wright State University, Department of Psychiatry, Dayton, Ohio.  December 23, 1986.

"Strategic Psychotherapy, Part II", Wright State University, Department of Psychiatry, Dayton, Ohio. December 30, 1986.

"Transsexualism: Dilemmas in Diagnosis", Good Samaritan Hospital, Dayton, Ohio. January 19, 1987.

"Transsexualism: Live Interview Presentation", Wright State University, Department of Psychiatry, Dayton, Ohio. January 20, 1987.

"Anxiety Disorders: New Treatment Approaches", Wright State University, Department of Family Practice, Dayton, Ohio. January 29, 1987.

"Gender Dysphoria", Wright State University Medical School, Dayton, Ohio. February 10, 1987.

"Bioethical Issues in Sex Reassignment", Good Samaritan Hospital, Dayton, Ohio. February 2, 1987.

"Mycobacterium xenopi Pulmonary Infection Complicated by Anorexia Nervosa", presentation at the 29th Annual Meeting of the Society of Air Force Physicians, New Orleans, Louisiana. March 23, 1987.

"The Transsexual Flight into Hypermasculinity", presentation at the Tenth International Symposium on Gender Dysphoria, Amsterdam, The Netherlands. June 10, 1987.

"Grand Rounds: Gender Disorders", Institute of Living, Hartford, Connecticut, April 30, 1987.

"Affective Disorders", three hour lecture series, Wilford Hall Medical Center, San Antonio, Texas, September, 1987.

"Grand Rounds: Transsexualism", Maine Medical Center, Portland, Maine, November 4,  1987.

"Opportunistic Infection in Anorexia Nervosa", 34th Annual Meeting of The Acadamy of Psychosomatic Medicine, Las Vegas, Nevada, November 14, 1987.

"Grand Rounds: Gender Disorders, An Overview", Wilford Hall Medical Center, San Antonio, Texas, December 17, 1987.

"Women Who Marry Transvestites", accepted for presentation at XXI Annual Meeting of AASECT, San Francisco, California, April 26, 1988 (no funding available).

"Psychiatric Manifestations of HIV Infection", Texas Medical Association Annual Session, San Antonio, Texas, May 13, 1988.

"Introduction to Gender Disorders", University of Texas Health Science Center, San Antonio, Grand Rounds, September 27, 1988.

"Transsexualism and Gender Disorders", Bexar County Psychiatric Society, San Antonio, Texas, October 18, 1988.

"Psychiatric Diagnoses in HIV-seropositive Air Force Personnel", Maine Medical Center, Portland, Maine, November 5, 1988.

"Symposium on HIV-seropositivity and Psychiatry", Program Coordinator, Behavioral Health Sciences Symposium, Sheppard AFB, Wichita Falls, Texas, November 8, 1988.

"Childhood Gender Disorders", Laurel Ridge Hospital, San Antonio, Texas, January 24, 1989.

"Prospective Study of Psychiatric Morbidity in HIV-seropositive Women", Annual Meeting of the American Psychosomatic Society, San Francisco, California, March 10, 1989.

"Psychiatric Findings in HIV-seropositive Air Force Women", Walter Reed Army Institute of Research, Bethesda, Maryland, March 31, 1989.

"Psychiatric findings in HIV-seropositive persons in a mandatory HIV screening program", (abstract and poster session, with J Rundell, S Paolucci), Fifth International Conference on AIDS, Montreal, Canada, June 5, 1989.

"Alcohol Use and HIV-seropositivity", (poster presentation, with K Drexler, J Rundell), American Psychiatric Association Annual Meeting, San Francisco, California, May, 1989.

"Current Legal Status of Transsexualism in the Military Setting", Eleventh International Symposium on Gender Dysphoria, Cleveland, Ohio, September, 1989.

"Grand Rounds: Transsexualism in the Military", Wilford Hall Medical Center, December 14, 1989 (videotape available on request).

"Psychosexual and Gender Disorders", 6 session advanced seminar for psychiatric residents, University of Texas Health Science Center, San Antonio, January to February, 1990.

"Update on HIV Psychiatric Research in the USAF: 1990", Behavioral Health Sciences Symposium, Wichita Falls, Texas, 25 April, 1990.

"Psychiatric Morbidity in HIV-seropositive Women without AIDS", 143rd Annual Meeting of the American Psychiatric Association, New York, May 14, 1990.

"HIV Infection and Perception of Social Support", (Rundell, Ursano, Brown), 143rd Annual Meeting of the American Psychiatric Association, New York, May 14, 1990.

"Relative Frequency of HIV Disease as a Cause of Mood Disorder in a General Hospital", (Rundell, Brown), Neurological and Neuropsychological Complications of HIV Infection Conference, Monterrey, California, June 17, 1990.

"CSF Parameters, Immune Status, Serum Viral Titers, Anxiety, and Depression in HIV Disease", (Rundell, Praus, Brown), Neurological and Neuropsychological Complications of HIV Infection Conference, Monterrey, California, June 17, 1990.

"CSF Findings and Request for Psychiatric Examination in HIV-Infected Patients", (Rundell, Brown, et al.), poster presentation, Neurological and Neuropsychological Complications of HIV Infection Conference, Monterrey, California, June 17-19, 1990.

"Methods Employed by and Length of Knowledge of HIV-Seropositivity of HIV-infected Suicide Attempters", (Rundell, Brown, Kyle, et al.), 37th Annual Meeting of the Academy of Psychosomatic Medicine, Phoenix, Arizona, November 18, 1990.

"Psychiatric Morbidity in HIV-seropositive Women: Results of a Three Year Prospective Study", (Brown, Rundell, Temoshok, et al.), 37th Annual Meeting of the Academy of Psychosomatic Medicine, Phoenix, Arizona, November 16, 1990.

"Psychiatric Issues in the Evaluation of Spouses of Cross-dressers," Fairfax Hospital, Falls Church, Virginia, November 30, 1990.

"Measurement of Negative Affect in HIV-seropositive Individuals," (Jenkins, Carey, Temoshok, Brown, et al.), 12th Annual Meeting of The Society of Behavioral Medicine, Washington, D.C., March 20, 1991.

"Psychiatric and Neuropsychiatric Morbidity in Early HIV Disease," Grand Rounds presentation with S. McManis, University of Texas Health Science Center, San Antonio, Texas, April 30, 1991.

"Neuropsychiatric Impairment Early in the Course of HIV Infection," (McManis, Brown, Zachary, et al.), 7th International Conference on AIDS, Florence, Italy, June 17, 1991.

Nine presentations/new research posters/symposia presented at the 144th Annual Meeting of the American Psychiatric Association, New Orleans, Louisiana, May 11-15, 1991 (see Publications section, #50-58, for titles).

Two presentations at the 7th International Conference on AIDS, Florence, Italy, June 15-17, 1991 (see Publications section, #59-60, for titles).

"Methodological Advantages of Comprehensive Multidisciplinary Consultation-Liaison Psychiatry Research: HIV Research as a Model," (Rundell, Temoshok, Brown, et al.), Annual Meeting of the Academy of Psychosomatic Medicine, Atlanta, Georgia, October 17, 1991.

"HIV Psychiatric Research in the Air Force," Grand Rounds presentation, Mayo Clinic, Rochester, Minnesota, July 9, 1991.

"Neuropsychiatric Morbidity in early HIV Disease: Implications for Military Occupational
Function," (Brown, Rundell, McManis, Kendall), Aerospace Medicine
Symposium on Allergic, Immunological, and Infectious Disease Problems
in Aerospace Medicine, NATO Advisory Group for Aerospace Research and
Development Conference, Rome, Italy, October, 1991; presented by J. Rundell in my
absence due to lack of funding.

Four oral presentations and two poster presentations at the First International Conference on the
Biopsychosocial Aspects of HIV Infection, Amsterdam, The Netherlands, 22-25
September, 1991 (see Publications section, #61-66, for titles).

"Biopsychosocial HIV Research in the U.S. Military," Invited Grand Rounds presentation,
University of South Dakota School of Medicine, Sioux Falls, South Dakota, October 25,
1991.

"Biopsychosocial Issues in Treating HIV-seropositive Women," Fairfax Hospital Evening CME
Lecture Series, Falls Church, Virginia, December 11, 1991.

"Psychiatric Issues in Women with HIV," Fairfax County Health Department, Falls
Church, Virginia, December 12, 1991.

"Suicidality in Men with Early HIV Disease," American Psychosomatic Society 50th
Annual Meeting, New York, New York, April 1, 1992.

USAF HIV "Train-the-Trainer" Course; course organizer, presenter, and comprehensive course
assessment (pretest, posttests), San Antonio, Texas, April 7-9, 1992.

"Clinical Utility and Diagnostic Sensitivity of the Michigan Alcoholism Screening Test in
Patients with HIV Disease," (Rundell, Brown), Annual Meeting of the
Academy of Psychosomatic Medicine, San Diego, CA, October 31, 1992.

"Longitudinal Neuropsychological Findings in HIV Positive Males," (Goethe, Richie,
Brown, et al), 8th International AIDS Conference, Amsterdam, The
Netherlands, July 20, 1992.

"HIV and Women: Challenge for the 90's," Grand Rounds presentation, Geisinger
Medical Center, Danville, PA, August 6, 1992.

"Psychosocial Dimensions of Depression in Early HIV Disease," (Jenkins R, Rundell J,
Brown G, Law W, Temoshok L), Annual Meeting of the American
Psychological Association, Washington, D.C., August 15, 1992.

"Psychiatric Presentations of HIV Disease," AIDS and Mental Health Program sponsored by San
Antonio VA and UTHSC-SA, Corpus Christi, TX, September 18, 1992.

"Major Depression in HIV Disease Before AIDS: Clinical Features and Associated
Factors," (Rundell J, Brown G, Jenkins R, Kendall S, Temoshok L), Annual Meeting of
the Academy of Psychosomatic Medicine, San Diego, CA, 29 October, 1992.

"HIV Risk Behavior Surveys in the U.S. Military – What Have We Learned?," Wilford
Hall Medical Center Scientific Group Meeting, San Antonio, TX, 16
November 1992.

"Biopsychosocial Aspects of Early HIV Disease in Women," Grand Rounds, Michigan
State University/St. Lawrence Hospital, Lansing, MI, 18 December 1992.

"Methodological Issues in Assessing Risk Behaviors in an HIV Sero-positive Military
Sample," (Coyle C, Blake S, Brown GR, Ledsky R, Temoshok L), Special
Citation Poster Presentation, Proceedings of the Fourteenth Annual Meeting of the
Society of Behavioral Medicine, San Francisco, CA, March 10, 1993.

"Gender differences in transmission risk behavior, affect, and social support in
HIV-positive individuals," (Nannis E, Temoshok L, Jenkins R, Blake S, Sharp
E,Jenkins P, Brown G, Patterson T, Coyle C, Brandt U, Johnson C),Proceedings
of the Fourteenth Annual Meeting of The Society of Behavioral Medicine, San
Francisco, CA, March 10, 1993.

"Psychosocial stressors and vulnerability to psychiatric distress in early-stage HIV,"
(Zachary R, Brown GR, Kendall S, Coyle C, McManis S), Proceedings of
the Fourteenth Annual Meeting of The Society of Behavioral Medicine, San Francisco,
CA, March 10, 1993.

"Establishing databased research in an academic department of psychiatry," invited
address to the Department of Psychiatry, Jefferson Medical College, College of

Physicians, Philadelphia, PA, April 30, 1993.

Two Workshops, three poster sessions, 1993 Annual Meeting of the American Psychiatric
Association, San Francisco, CA, May 22-24, 1993.

"Treating Depression in Early HIV Disease," Grand Rounds, Oklahoma University
School of Medicine, Oklahoma City, OK, December 1, 1993.

"Diagnosis and Treatment of Transvestism," Tulane University School of Medicine,
Department of Psychiatry presentation, December 2, 1993.

"Psychiatric Disorders in Early HIV Disease," Grand Rounds, Tulane University School
of Medicine, New Orleans, LA, December 3, 1993.

"Diagnosis and Treatment of Gender Identity Disorders," invited presentation at Keesler Air Force
Base Medical Center, Biloxi, MS, January 13, 1994.

"Personality Disorders in HIV-positive Persons: Association with Other Measures of
Psychiatric Morbidity," poster presentation, (Richards J, McManis S, Brown G),
Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May
23, 1994.

"Psychiatric Issues in HIV/AIDS,"  invited presentation, Huntsville Mental Health
Community, Huntsville Space and Science Center, Huntsville, AL, November
12, 1994.

"Diagnosis and Treatment of Gender Identity Disorders," Grand Rounds, Tulane
University School of Medicine, New Orleans, LA, April 29, 1994.

"Management of Depression in Early HIV Disease," Upper East Tennessee Psychiatric
Association Meeting, Kingsport, TN, June 2, 1994.

"Sertindole in the Treatment of Chronic Schizophrenia: a Phase III Controlled Trial,"
Grand Rounds, East Tennessee State University, Johnson City, TN,
September 30, 1994.

"New Onset of Sexual Dysfunction in HIV-seropositive Women: Results of a Prospective Study,"
88th Annual Scientific Assembly of the Southern Medical Association, Orlando, Florida,
November 3, 1994.

"Gender Identity Disorders in the VAMC Setting," Grand Rounds, Atlanta VAMC,
December 13, 1994.

"Managing Depression in Early Stage HIV Disease," Grand Rounds, Salem VAMC,
December 22, 1994.

"Biopsychosocial Aspects of HIV Disease in Men," Invited Speaker, Mississippi Pharmacists
Association MidWinter Meeting, Jackson, MS, February 12, 1995.

"Biopsychosocial Aspects of HIV Disease in Men," Invited Speaker, Mississippi Pharmacists
Association MidWinter Meeting, Oxford, MS, February 19, 1995.

"Biopsychosocial Aspects of HIV Disease in Women," Grand Rounds, East Tennessee
State University, Johnson City, TN, March 17, 1995.

"Managing Insomnia," primary care provider educational meeting, Bristol, TN, May 22,
1995.

"Diagnosis and Treatment of Gender Identity Disorders: DSM-IV Approach," Grand
Rounds, Geisinger Medical Center, Danville, PA, June 15, 1995.

"Psychosocial Characteristics of 739 Transgendered Men," (Brooks G, Brown GR,
Askew J), 41st Annual Meeting of the Southeastern Psychological Association,
Savannah, GA, March 12, 1995.

"Personality Characteristics and Sexual Functioning of 188 American Transgendered
Men: Comparison of Patients with Nonpatients."  14th Harry Benjamin
International Gender Dysphoria Symposium, Irsee/Ulm Germany, September 9,
1995.

"Sertindole HCl: A Novel Antipsychotic With a Favorable Side Effect Profile." 89th
Scientific Assembly of the Southern Medical Association, Kansas City, Missouri,
November 17, 1995.

"Long term Safety of Treatment with Sertindole, a Novel Antipsychotic." (Radford M,
Brown GR, Matthew H) poster, 89th Scientific Assembly of the Southern  Medical
Association, Kansas City, Missouri, November 17, 1995.

"Diagnosis and Newer Treatments for Schizophrenia." Invited Presentation.  Central

Appalachia Services, Kingsport, TN, December 7, 1995.

"Personality and Sexuality in Transvestism." Grand Rounds, University of Texas Health Sciences Center, San Antonio, Texas, December 12, 1995.

"HIV/AIDS and Sexuality." Grand Rounds, Wilford Hall Medical Center, San Antonio, Texas, December 14, 1995.

"How Research Can Enhance Your Career." Invited Presentation to Department of Psychiatry, Wilford Hall Medical Center, San Antonio, Texas, December 13, 1995.

"Conducting Research With Stigmatized Populations." Journal Club Presentation, University of Texas Health Sciences Center, Department of Psychiatry, San Antonio, Texas, December 12, 1995.

"Sexuality in HIV/AIDS." Grand Rounds, Bowman Gray Medical School, Department of Psychiatry, Wake Forest University, Winston-Salem, North Carolina, January 19, 1996.

"Gender Identity Disorders." Grand Rounds, Lakeshore Mental Health Institute, Knoxville, Tennessee, February 14, 1996.

"New Approaches to the Management of Schizophrenia," Helen Ross McNabb Center, Knoxville, Tennessee, February 14, 1996.

"Diagnosis and Management of Gender Dysphoria," Grand Rounds, University of Alabama at Birmingham, March 5, 1996.

"Depression and Primary Care," Morristown, TN Primary Care Provider's CE Group, Morristown, TN, June 27, 1996.

"Personality and Sexuality in Transgendered Men," paper presentation, American Psychological Association, Toronto, Canada, August 13, 1996.

"Gender Identity Disorders," paper presentation at Southern Psychiatric Association Annual Meeting, Santa Fe, New Mexico, September 25, 1996.

"Sleep Disorders," Grand Rounds, Salisbury VAMC, Salisbury, North Carolina, August 21, 1996.

"Depression in Primary Care Settings," Nurse Practitioner-Physician Assistant Association of Northeast Tennessee, Johnson City, Tennessee, September 11, 1996.

Visiting Professorship, Menninger Clinic and Foundation; included Grand Rounds, case presentation and discussion, meetings with residents and staff; Topeka,  KS, October 10-11, 1996.

"New Approaches to the Treatment of Schizophrenia," Grand Rounds, Lakeshore Mental Health Institute, Knoxville, Tennessee, October 30, 1996.

"HIV Disease in Women," symposium presentation at Academy of Psychosomatic Medicine Annual Meeting, San Antonio, Texas, November 14, 1996.

"HIV and Sexuality," Grand Rounds, Atlanta VAMC/Emery University, Atlanta, Georgia, December 3, 1996.

"Santa Claus is a Cross-Dresser (and so are his little elves)," invited address for the Upper East Tennessee Psychiatric Association, a component of the Tennessee District Branch of the American Psychiatric Association, Johnson City, TN, December 9, 1996.

"Depression and Sexuality," Tazewell County Medical Society, Richlands, Virginia, March 25, 1997.

"Identifying and Treating Depression in Primary Care," Annual Meeting of the Nurse Practitioner's and Physician's Assistants of East Tennessee, Johnson City, TN, March 25, 1997.

"Managing Sexual Side Effects of Antidepressant Treatment," Harlan County Medical Society, Harlan, Kentucky, March 11, 1997.

"Depression and Intimacy," Chatanooga Psychiatric Society, Chatanooga, TN, April 21, 1997.

"Depression and Sexuality," Lakeshore Mental Health Institute Grand Rounds, Knoxville, TN, April 9, 1997.

"Managing Sexual Side Effects of Antidepressants," Southern Highlands Pharmacist's Society, Abingdon, Virginia, April 29, 1997.

"Transgendered Families," Lakeshore Mental Health Institute Grand Rounds, Knoxville,

TN, April 30, 1997.

"Depression and Intimacy," Buchanan County Medical Society, Grundy, VA, May 8, 1997.

"Depression, Sexuality, and Treatment," Highlands Psychiatric Society, Abingdon, VA,
May 9, 1997.

"Mangaging Sexual Side Effects of Antidepressants in Primary Care," Chatanooga
Family Practice Association, Chatanooga, TN, May 20, 1997.

"Double Trouble: Depression and Anxiety in Primary Care," LeFlore County Medical
Center, Greenwood Mississippi, May 29, 1997.

"HIV and Sexuality," ETSU Medicine and Sexuality Symposium, Johnson City, TN, June
13, 1997.

"Depression and Sexuality," ETSU Medicine and Sexuality Symposium, Johnson City,
TN, June13, 1997.

"Transgenderism," Grand Rounds, Overlook Mental Health Center, Knoxville, TN, June
25, 1997.

"Mangaging Sexual Side Effects of Antidepressants in Primary Care," Wise County
Medical Society, Norton, Virginia, July 11, 1997.

"APA Guideline on the Treatment of Schizophrenia," Smoky Mountain Chapter of the
Tennessee Psychiatric Association, Knoxville, TN, July 22, 1997.

"Nicotine Dependence: Kicking the Habit," August Monthly Meeting of the Tricities
Nurse Practitioner-Physician Assistants Association, Johnson City, TN, August
14, 1997.

"Biopsychosocial Issues in Women with HIV Disease," Monthly Meeting of OB-GYN
Society of Tricities, Johnson City, TN, August 26, 1997.

"Revision of the HBIGDA Standards of Care: Opportunities and Controversies,"
Biannual Meeting of the Harry Benjamin International Gender Dysphoria  Association,
Vancouver, British Columbia, Canada, September 11, 1997.

"Anxiety and Depression in Primary Care: Double Trouble," Primary Care Grand
Rounds, Fort Cambell, KY, October 1, 1997.

"Treatment Guidelines for Schizophrenia," Psychiatry Grand Rounds, Lexington VAMC,
Lexington, KY, September 17, 1997.

"Gender Dysphoria in the Military Setting," Grand Rounds, Wilford Hall Medical Center,
San Antonio, TX, December 18, 1997.

"Clinical Issues in Transgendered Families," Grand Rounds, University of Texas Health
Sciences Center, San Antonio, December 16, 1997.

"Depression and Sexuality," Southwest Virginia Counsel of Nurse Practitioners,
Abingdon, Virginia, November 1, 1997.

"Depression and Anxiety Disorders in Primary Care," Annual Meeting of the Nurse
Practitioner Physician Assistant Association of Northeast TN, Johnson City, TN, February
23, 1998.

"Differentiating SSRI's in Clinical Practice," Richmond Psychiatric Society Meeting,
Richmond, VA, January 22, 1998.

"Gender Identity Disorders," Grand Rounds, University of VA, Roanoke, VA, February
19, 1998.

"Smoking Cessation: Modern Approaches," Monthly Meeting of the East TN Hospital
Pharmacists Association, Kingsport, TN, February 24, 1998.

"Identification and Treatment of Gender Dysphoria Syndromes," Grand Rounds,
University of Mississippi, Jackson, MS, February 27, 1998.

"Gender Dysphoria Syndromes in Primary Care,"  Nurse Practitioner Physician
Assistant Association of Northeast TN, Kingsport, TN, March 19, 1998.

"Treatment Guidelines for Schizophrenia," Grand Rounds, University of Kentucky,
Louisville, KY, April 23, 1998.

"Gender Identity Disorders," Grand Rounds, University of Alabama at Huntsville,
Huntsville, AL, May 21, 1998.

"Nicotine Reduction Strategies," Grand Rounds, Southwest Virginia Mental Health
Institute, Marion, VA, May 27, 1998.

"Depression and Anxiety Management in Primary Care," East Tennessee State

University Dept. of Psychiatry Symposium on "Psychiatry in the Trenches",
Johnson City, TN, June 12, 1998.
"Managing Depression in Primary Care," Grand Rounds, Internal Medicine Department,
East Tennessee State University, Johnson City, TN, June 16, 1998.
"Mood Disorders in Women," Roanoke Psychiatric Society, Roanoke, VA, June 17,
1998.
"Gender Identity Disorders," Grand Rounds, Loyola University Strich School of
Medicine, Chicago, IL, June 18, 1998.
"Standards of Care for Gender Identity Disorders," Grand Rounds, University of
Louisiana, Baton Rouge, LA, July 21, 1998.
"Depression and Sexuality," Fall Symposium of the Mental Health Association of
Knoxville, September 11, 1998.
"Pharmacotherapy of Agitation in the Elderly," Kentucky Pharmacists' Association,
Lexington, Kentucky, September 20, 1998.
"Women and Mood/Anxiety Disorders," monthly meeting of the Nurse Practitioners-
Physician Assistants, Johnson City, TN, October 1, 1998.
"Killing the Bore: How to Give Effective Medical Presentations That Keep an Audience
Awake," Grand Rounds, ETSU Dept. of Psychiatry, Johnson City, TN, October
16, 1998.
"Pharmacologic Management of Agitation in the Elderly," Detroit Psychiatric Society, Detroit,
Michigan, December 22, 1998.
"Nicotine Dependence: Kicking the "Habit," Wise County Medical Society, Wise, Virginia, January
14, 1999.
"Mood Disorders in Women," Chatanooga Psychiatric Society, Chatanooga, TN, January 18,
1999.
"From Menarche to Menopause: Mood and Anxiety Disorders in Women," Greene County
Medical Society, Greeneville, TN, February 2, 1999.
"From Menarche to Menopause: Mood and Anxiety Disorders in Women," Annual Meeting of the
TriCities Nurse Practitioner-Physician Assistant Association, Johnson City, TN, February
23, 1999.
"Comparison of Risperidone and Olanzapine: RIS-112 Study," Upper East TN Psychiatric
Society, Johnson City, TN, March 4, 1999.
"New Directions in Treating Schizophrenia," CME, Inc. sponsored faculty member, Los Angeles,
California, March 27, 1999.
"Pharmacologic Management of Agitation in Dementia," University of Alabama
Pharmacotherapeutics Conference, Huntsville, AL, April 24, 1999.
"Mood and Anxiety Disorders in Women," University of Alabama Pharmacotherapeutics
Conference, Huntsville, AL, April 24, 1999.
"Behavioral Problems in Dementia," Grand Rounds, Alvin York VAMC, Murfreesboro, TN, April
29, 1999.
Pharmacological Management of Agitation in Dementia," Grand Rounds, Lakeshore Mental
Health Institute, Knoxville, TN, May 7, 1999.
"Psychiatric Disorders in Women," Women's Health Symposium, University of Alabama,
Huntsville, AL, May 14, 1999.
"Loxitane: A New Look at an Old Drug," Lakeshore Mental Health Institute, Knoxville, TN, June 4,
1999.
"Psychiatric Disorders in Women," University of Tennessee at Knoxville, OB-GYN Grand Rounds,
June 4, 1999.
"Working With Transgendered Clients,"  workshop presented at A Search for New Understanding
of Lesbian, Gay, and Bisexual Issues, East Tennessee State University, Johnson City,
TN, September 24, 1999.
"Optimizing Treatment for Schizophrenia", CME, Inc. Symposium, Cleveland, Ohio, September
25, 1999.
"Diagnosis and Treatment of Depression in Primary Care," Grand Rounds, James H. Quillen VA
Medical Center-ETSU Department of Medicine, Johnson City, TN, September 28, 1999
"Gender Identity Disorder," Annual Meeting of the Southern Psychiatric Association, Hot Springs,

Virginia, September 30, 1999.

"Management of Insomnia," Annual Meeting of the Tennessee Association of Physicians' Assistants, Gatlinburg, TN, October 12, 1999.

"Sexual Dysfunction in Primary Care Practice,"  Behavioral Health in Primary Care Symposium, East Tennessee State University, Johnson City, TN, October 16, 1999.

"Management of Insomnia: New Directions," monthly meeting of the Upper East Tennessee Psychiatric Association, Bristol, TN, October 19, 1999.

"Depression and Anxiety in Women Through the Life Cycle," Johnson City Women's Health Center Grand Rounds, Johnson City, TN, October 27, 1999.

"Selecting Antidepressant Treatment," invited presentation and panel discussion, New Orleans Academy of Internal Medicine, January 10, 2000.

"Managing Insomnia in Primary Care," Grand Rounds, Holston Valley Medical Center, Kingsport, TN, January 31, 2000.

"Gender Identity Disorders." Grand Rounds, University of Cincinnati, Cincinatti, OH, January 26, 2000.

"Selecting Antidepressants in Primary Care, " Rural Health Cooperative, Kingsport, TN, February 7, 2000.

Visiting Professor, Loyola University Medical School, Chicago, IL (two presentations), February 10, 2000.

"Managing Insomnia in the New Millenium," Annual Meeting of the East TN Nurse Practitioner's and Physicians' Assistants Association, Johnson City, TN, February 22, 2000.

"Sexual Dysfunction in Primary Care,"  Annual Meeting of the East TN Nurse Practitioner's and Physicians' Assistants Association, Johnson City, TN, February 22, 2000.

"Depression and PTSD in Women," Grand Rounds, Department of OB-GYN, University of Tennessee, Knoxville, March 17, 2000.

"Depression and Anxiety in Primary Care Practice," Grand Rounds, Department of Internal Medicine, University of Tennessee, Knoxville, March 16, 2000.

"Diabetes, Glucose Regulation, and Schizophrenia," Upper East Tennessee Psychiatric Society, Johnson City, TN, April 13, 2000

"Sexual Dysfunction in Primary Care Practice," Annual Meeting of the Tennessee Osteopathic Medicine Association, Chatanooga, TN, May 7, 2000.

"Diabetes, Weight Gain, and Schizophrenia," Grand Rounds, Lakeshore Mental Health Institute, Knoxville, TN, July 20, 2000.

"Bipolar Disorder: Monotherapy versus Combination Therapy", national CME Category I lecture series sponsored by Medical Education Resources and Curry, Martin, and Schiavelli, to 17 cities between May and November, 2000.

"Managing Depression and Anxiety Disorders,"  invited presentation to the Annual Meeting of the Tennessee Academy of Family Practice, Jackson, TN, August 19, 2000.

"Managing Insomnia," monthly meeting of the Tazwell County Medical Society, Richlands, Virginia, August 23, 2000.

"Sexual Dysfunction," Grand Rounds, ETSU Department of OB/GYN, Johnson City, TN, September 6, 2000.

"Depression and Sexuality," Grand Rounds, Holston Valley Hospital, Bristol, TN, September 25, 2000.

"Depression and Anxiety in Primary Care: Case Conference/Grand Rounds," Southern Medical Association Annual Meeting, Orlando, Florida, November 2, 2000.

"Depression in Primary Care Settings," Hamblen County Medical Society, Morristown, TN, November 21, 2000.

"Sleep Disorders," Nurse Practioners-Physicians Assistant Association Monthly Meeting, Johnson City, TN, December 7, 2000.

"CD-ROM Workshop, Anxiety and Depression", Annual Meeting of the Holston Valley Nurse Practitioners-Physicians Assistants Association, Johnson City, TN, February 26, 2001.

"The Harry Benjamin Standards of Care in Prison: Benefits for Transsexual Healthcare," International Foundation for Gender Education Annual Symposium, Chicago, Il, March 24, 2001.

"Why Internists Should Care About Treating Depression," Grand Rounds, Department of Internal

Medicine, ETSU, Johnson City, TN, April 3, 2001.
"Antidepressants: Effective Side Effect Management," Annual Meeting of the Tennessee
    Osteopathic Medicine Association, Memphis, TN, April 21, 2001.
"Gender Identity Disorder: Management," invited presentation, Smokey Mountain Chapter of the
    Tennessee Psychiatric Association, Knoxville, TN, April 24, 2001.
"Gender Identity Disorder," Grand Rounds, Department of Psychiatry, Memphis VAMC, May 24,
    2001.
"Antipsychotic Efficacy Uncompromised by Side Effects," Grand Rounds, Department of
    Psychiatry, UT Memphis, May 25, 2001.
"Sexual Dysfunctions in Primary Care," International Medical Update Symposium, Johnson City,
    TN, August 2, 2001.
"Diagnosis and Treatment of Gender Dysphoria," Grand Rounds, Department of Psychology,
    James H. Quillen VAMC, August 3, 2001.
"Management of Bipolar Disorder," Grand Rounds, Meharry Medical College, Nashville, TN,
    August 21, 2001.
"Medical Treatment of Agitation in Dementia," Fall Symposium of the Mental Health Association
    of Knoxville, September 13, Knoxville, TN.
"Monotherapy vs. Combination Therapy in the Management of Mania," Fall Symposium of the
    Mental Health Association of Knoxville, September 14, Knoxville, TN
"Optimizing Treatment for Bipolar Disorder," quarterly meeting of the Upper East Tennessee
    Psychiatric Association, Johnson City, TN, September 20, 2001.
"Gender Identity Disorders: Diagnosis and Management," Grand Rounds, Institute of
    Living/Hartford Hospital Departments of Psychiatry and Psychology, Hartford, CT,
    October 17, 2001.
"Gender Identity Disorder Complicated by Dissociative Identity Disorder: Report of a Successful
    Case," XVII Symposium of the Harry Benjamin International Gender Dysphoria
    Association, Galveston, TX, November 3, 2001.
"Mood Disorders in Women," monthly meeting of the TriCities Nurse Practitioners Association,
    Johnson City, TN, December 10, 2001.
"Substance Use Disorders Complicating Common Psychiatric Disorders," Grand Rounds, Holston
    Valley Hospital, Bristol, TN, December 18, 2001.
"Women's Health Issues in Psychiatry," OB-GYN Grand Rounds, East Tennessee State
    University, Johnson City, TN, May 8, 2002.
"Matching the Neurotransmitter to the Patient," ½ day CME presentation, World Medical
    Conferences, Jackson, Mississippi, May 18, 2002.
"Matching the Neurotransmitter to the Patient," ½ day CME presentation, World Medical
    Conferences, Albany, New York, June 1, 2002.
"Killing the Bore: How to Give Effective Medical Presentations That Keep People Awake," Grand
    Rounds, Dept. of Psychiatry, ETSU, Johnson City, TN, August 9, 2002.
"Current Issues in Treatment of Dementia," Roanoke Psychiatric Society, Roanoke, VA, June 26,
    2002.
"Comfort Foods: Should We Just Surrender Now?," Northeast Tennessee Nurse Practitioner's
    Association Annual Meeting, Bristol, TN, September 14, 2002.
"Gender Identity Disorders: Diagnosis and Management," Psychiatry Grand Rounds, University of
    Florida, Gainesville, Florida, September 20, 2002.
"Gender Identity Disorders: Diagnosis and Management," Psychiatry Grand Rounds, Meharry
    Medical College, Nashville, TN, October 9, 2002.
"New Issues in the Management of Bipolar Disorder," Grand Rounds, Lakeshore Mental Health
    Institute, Knoxville, TN, October 5, 2002.
"Pharmacological Management of Dementia," Psychiatry Grand Rounds, Western State Hospital,
    Staunton, Virginia, March 19, 2003.
"Appropriate Use of Antipsychotics in Primary Care Practice,", Tricounty Medical Society
    Meeting, Johnson City, TN,  April 3, 2003.
"Appropriate Use of Antipsychotics in Primary Care Practice," 2003 Primary Care Conference,
    Johnson City, TN, April 1, 2003.
"Pharmacological Management of Dementia," Grand Rounds, Gaston Memorial Hospital,

Gastonia, NC, May 13, 2003.

"Brown G R, McBride L, Williford W, Bauer M: Impact of childhood sexual abuse on bipolar disorder.  Proceedings of the 5[th] International Conference on Bipolar Disorders, Pittsburgh, PA, 2003 (poster presented by Dr. Bauer in my absence).

"Aripiprazole Use in Psychiatry," Grand Rounds, Lakeshore Mental Health Institute, Knoxville, TN, August 22, 2003.

"Use of Anticonvulsants in Psychotic Disorders," Tennessee Psychiatric Association, Smoky Mountain Chapter Meeting, Knoxville, TN, August 28, 2003.

"Application of the Harry Benjamin International Gender Dysphoria Association's Standards of Care to the Prison Setting: Recent Victories for Transgender Healthcare in the USA," 18th Biennial Symposium of the HBIGDA, Gent, Belgium, September 11, 2003.

"Family and Systems Aggression Towards Therapists Working with Transgendered Clients," 18th Biennial Symposium of the HBIGDA, Gent, Belgium, September 12, 2003.

"Impact of Childhood Abuse on Disease Course in Veterans with Bipolar Disorder," 97th Annual Meeting of the Southern Medical Association, Atlanta, Georgia, November 8, 2003.

"Gender Dysphoria: Diagnosis and Management," Grand Rounds presentation, Marshall Medical School, Huntington, West Virginia, January 9, 2004.

"Gender Dysphoria: Diagnosis and Management," Grand Rounds presentation, Catawba State Hospital, Roanoke, Virginia, March 17, 2004.

"Treatment Resistant Schizophrenia," Grand Rounds presentation, Broughton State Hospital, Morganton, North Carolina, March 25, 2004.

"Antipsychotic Use in Geriatric Populations," Grand Rounds presentation, Tampa VAMC, Tampa, Florida, April 23, 2004.

"Gender Identity Disorders,", Grand Rounds presentation, University of TN College of Medicine, Memphis, TN, May 14, 2004.

"Overcoming Barriers to Treatment Success in Chronic Mental Illnesses," Grand Rounds, Salisbury VAMC, Salisbury, NC, June 3, 2004.

"Dissociative Identity Disorder Comorbid with Gender Identity Disorder: Review of the Literature and Long-term Case Presentation," Southern Psychiatric Association, Savannah, Georgia, October 2, 2004.

"Bipolar Disorder in Primary Care," CME Cat 1 presentation, Knoxville, TN, December 1, 2004.

"Bipolar Disorder and Impulsive Aggression in Primary Care Settings," CME Cat 1 presentation to Tricities Nurse Practitioner Association, December 16, 2004.

"Overcoming Barriers to Treatment in Chronic Mental Illnesses," North Carolina Advanced Practice Nurses Association, Greensboro, NC, February 13, 2005.

"Bipolar Disorder in the Primary Care Setting: What to do?," 9th Annual Update for Nurse Practitioners, Johnson City, TN, March 21, 2005.

"Current Controversies in the Use of SSRI's," TriCounty Medical Society, Johnson City, TN, May 5, 2005.

"Transgender client aggression towards therapists," XIX Biennial Symposium of the Harry Benjamin International Gender Dysphoria Association,  Bologna, Italy, April 9, 2005.

"Gender identity disorder comorbid with dissociative identity disorder: review of the literature and 7 year followup case presentation. XIX  Biennial Symposium of the Harry Benjamin International Gender Dysphoria Association, Bologna, Italy, April 9, 2005.

"Current Controversies in the Use of SSRI's," CME symposium, Southern Medical Association 9th Annual Scientific Symposium, San Antonio, TX, November 12, 2005.

"Gender Identity Disorder: Diagnosis and Management,", Grand Rounds, University of South Florida, Tampa, Florida, January 6, 2006 (Videotaped version of presentation available at www.TheCJC.com).

"Gender Identity Disorders," East Tennessee State University Women's Health Program, CME Cat 1 symposium, Johnson City, TN, March 24, 2006.

"Update on Bipolar Disorder," Millenium Center, CME Cat I program, Johnson City, TN, March 31, 2006.

"Dealing with Chronic Mental Illness: Barriers to Treatment Success," Southside Virginia Psychiatric Society Quarterly Meeting, Richmond, Virginia, April 3, 2006.

"Management of Gender Identity Disorders," Intermountain Psychological Association, invited

presentation, Johnson City, TN, June 8, 2006.

"Transgender Health Issues," Emory and Henry Lyceum Series, Emory, Virginia,  September 18, 2006.

"Impact of Childhood Abuse in Veterans with Bipolar Disorder," 65th Annual Scientific Meeting of the Southern Psychiatric Assocation, Baltimore, Maryland, September 29, 2006.

"Appropriate Use of Antipsychotics in Primary Care Settings," 100th Annual Meeting of the Southern Medical Association, Charlotte, NC, October 14, 2006.

"Impact of Childhood Abuse on the Course of Bipolar Disorder," Keynote speaker, Perspectives In Health, Texas Department of State Health Services Annual CME Symposium, Austin, Texas, October 27, 2006.

"Autocastration as Surgical Self-Treatment in Incarcerated Persons with Gender Identity Disorder," Southern Psychiatric Association Annual Meeting, Memphis, TN, August, 2007.

"Autocastration as Surgical Self-Treatment in Incarcerated Persons with Gender Identity Disorder,"  XX Biennial Symposium of the World Professional Association for Transgender Health, Chicago, Illinois, September, 2007.

"Gender Identity Disorders in the Military and VA," Panel discussion and presentation.  XX Biennial Symposium of the World Professional Association for Transgender Health, Chicago, Illinois, September, 2007.

"Diagnosis and Treatment of Gender Identity Disorders," Mountain Update on Psychiatry, ETSU CME Symposium, October 19, 2007.

"Voice Parameters That Result in Identification or Misidentification of Biological Gender in Male-to-Female Transgender Veterans," poster presentation at the First Annual Gender Spectrum Health Fair, Sponsored by the Alliance for Gender Awareness, Inc and Rutgers Office of Social Justice Education LGBT Communities Rutgers University College, New Brunswick, NJ, November 8, 2007.

"Voice Parameters That Result in Identification or Misidentification of Biological Gender in Male-to-Female Transgender Veterans," poster presentation at the XX Biennial Symposium of the World Professional Association for Transgender Health, Chicago, Illinois, September, 2007.


**.SYMPOSIA ORGANIZED AND/OR MODERATED:**

1.      Psychosocial Aspects of HIV Disease in the Military, organizer/moderator/ presenter, Wichita Falls, Texas, 25 April, 1990.

2.      Full Day Roundtable Symposium on Atypical Antipsychotics, organizer/moderator, Excerpta Medica, Asheville, North Carolina, 22 April, 1995.

3.      Mountain Update on Anxiety Disorders, Course Director, East Tennessee State University, Blowing Rock, North Carolina, 28-29 April, 1995.

4.      Medicine and Sexuality Course, Course Director, East Tennessee State University and James H. Quillen VAMC, Johnson City, TN, 13 June, 1997.

5.      Half Day audiotaped symposium moderater/organizer on Innovative Uses of Atypical Antipsychotics, Excerpta Medica, Blackberry Inn, Townsend, TN, 16 November, 1997.

6.      Novel Uses of Atypical Antipsychotics, Symposium Moderator, Marriot Griffin Resort, Janssen Research Foundation, Lexington, KY, 4 December, 1998.

7.      Novel Uses of Atypical Antipsychotics, Symposium Moderator, Blackberry Inn, Townsend, TN, 10 April, 1999.

8.  Psychiatry and Neurology Poster Session Moderator for Southern Medical Association's 97th Annual Scientific Assembly, Atlanta, Georgia, November 6, 2003.

9.  Moderator for East Tennessee State University Department of Psychiatry monthly Journal Club/Critical Evaluation of the Literature series, 2002-present

**TELEVISED and TAPED MEDIA EXPERIENCE:**

WKPT local television interview on sleep disorders, Johnson City, 1995.

TNN (The Nashville Network), filmed winning an international revolver competition and then interviewed on silhouette handgun shooting, Oakridge, TN, 1998.

CME, Inc. audiotaped faculty presentations as advertised in "Psychiatric Times," various cities and topics.

Channel 5, London, England; documentary on psychiatric aspects of firearms, 2004.

"Cruel and Unusual", documentary on transgender health care issues in the prison setting, 2005 release, available from jbaus@aol.com; aired on Women's Entertainment channel on July 2, 2007

ABC 20/20, "Becoming Diane" segment on gender identity disorders, October 12, 2005.

The Carter Jenkins Center, www.thecjc.org, taped lecture available on the internet, "Evaluation and Management of Gender Identity Disorder," January 6, 2006.

CNN, Kosilek Trial testimony/interview, June 1, 2006.

CNBC, "The Big Idea with Donny Deutsch," interview, June 6, 2006.

**RESEARCH PROJECTS AND GRANT SUPPORT:**

Principal Investigator, "Phase III Comparison of Two Doses of Risperidone For Acute Exacerbations of Chronic Schizophrenia." Inpatient setting, grant support from Janssen Pharmaceutica, approximately $50,000. Completed 1996.

Principal Investigator, Sexual Functioning and Personality Characteristics of Transgendered Men in a Nonclinical Setting. Collaboration with Tom Wise, M.D. (Chair, Dept. of Psychiatry, Fairfax Hospital, Falls Church, VA), Peter Fagan, Ph.D. (Johns Hopkins Sexual Behaviors Consultation Unit), and Paul Costa, Ph.D. (NIMH). Completed 1990-1995.

DSM-IV Reliability Field Trials, Site Coordinator, 10 investigators, completed in 1995.

Principal Investigator, Psychosocial Adjustment of Spouses of Transgendered Men; study involving long-term support group work and nationwide questionnaire data collection from 1986 to 1997. Private non-profit organization grant support received.

Coinvestigator, International Study of 800 Transgendered Men: The Boulton and Park Experience. This is the one of the largest community based survey study of transgendered men in the U.S. conducted to date. Currently in data analysis phase.

Principal Investigator, "A Double-Blind, Placebo-Controlled, Dose-Response Comparison of the Safety and Efficacy of Three Doses of Sertindole and Three Doses of Haloperidol in

Schizophrenic Patients." Phase III trial, inpatient setting. Grant support by Abbott Laboratories, approximately $60,000 over one year. Completed 1994-1995. Contributed to FDA consideration of Serlect for U.S. marketing, 1996-1997.

Principal Investigator, "An Open Label, Long Term, Safety Study of Sertindole in Schizophrenic Patients." Phase II trial, outpatient setting. Grant support from Abbott Laboratories, approximately $50,000 over two years. Completed 1996.

Principal Investigator, "Biopsychosocial Natural History Study of HIV Infection in the USAF." RO-1 equivalent grant from Henry M. Jackson Foundation for the Advancement of Military Medicine, approximately $2,000,000. Completed 1987-1993, including pilot data collection.

Unrestricted Educational Grants, $19,000, for Mountain Update on Anxiety Disorders CME conference (SKB, Lilly, Mead-Johnson).

Unrestricted Educational Grants totaling approximately $30,000 annually in support of the VAMC/ETSU Psychiatry Grand Rounds and Visiting Professor Program, 1994-2000; 2002-present. Grant funding following CME guidelines and handled through the ETSU CME Department.

Principal Investigator, "Double-Blind Crossover Study of Zolpidem and Temazepam in Elderly, Hospitalized Patients." Funded through Psychiatry Research Fund, Mountain Home VAMC, and Chair of Excellence in Geriatrics, ETSU. Approved study, ultimately closed due to lack of recruitment.

Principal Investigator, "A Randomized, Double-Blind Placebo Controlled Study of Risperidone for Treatment of Behavioral Disturbances in Subjects with Dementia." Collaboration with R. Hamdy, Cecile Quillen Chair of Excellence in Geriatrics, approximately $100,000 at full recruitment, 1995-1997.

Associate Investigator, "Use of Nefazodone in Depressed Women with Premenstrual Amplification of Symptoms: a Pilot Study." Principal Investigator: Merry Miller, M.D. $5,000 pilot study grant, 1996-1999.

Associate Investigator, "Voice Characteristics Associated with Gender Misidentification: A Pilot Study." Principal Investigator: Robert King, M.A. Unfunded study in data analysis phase, 2001-2005; completed in 2007.

Principal Investigator, Johnson City site, VA Cooperative Study #430, "Reducing the Efficacy-Effectiveness Gap in Bipolar Disorder." Health services research conducted at 12 sites nationwide. Grant for this site's operations total $435,000 over five years of study, 1997-2003.

Coinvestigator, "Treatment for Erectile Disorder with Viagra in a VA Population: Efficacy and Patient and Partner Satisfaction." Principal Investigator: William Finger, Ph.D. Approximately $30,000 total grant over two year period, 2000-2001; study concluded.

Principal Investigator, Johnson City site, "A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Three Fixed Doses of Aripiprazole in the Treatment of Institutionalized Patients with Psychosis Associated with Dementia of the Alzheimer's Type." Phase III clinical trial, sponsored by Bristol-Meyers Squibb, 2000-2001, $174,000 at full recruitment. Extension phase, 42 weeks, separate grant at maximum of $232,800. Approved April, 2000, completed.

Coinvestigator, "Effects of zaleplon on postural stability in the elderly ." Principal Investigator: Faith Akin, Ph.D. $1000 grant for subject recruitment expenses, 2000-2001.

Principal Investigator, James H. Quillen VA site, "ZODIAK study;  An International, Multicenter Large Simple Trial (LST) To Compare the Cardiovascular Safety of Ziprasidone and Olanzapine." Pfizer Pharmaceuticals, approximately $20,000 at full recruitment.  Approved April, 2002, recruitment completed and closed out in 2004.

Coinvestigator, "Survey of Family and Systems Aggression Against Therapists." Unfunded study, completed between 2002 and 2003; Randi Ettner, Ph.D., Principle Investigator.

Coinvestigator, "Effect of Olanzapine on the Auditory Gating Deficit in Patients with Schizophrenia."  Principal Investigator: Barney Miller, Ph.D. Investigator-initiated study funded by Lilly, approximately $85,000.  2002.  Study did not recruit subjects and was closed 2003.

Principal Investigator, multicenter study, "The SOURCE Study: Schizophrenia Outcomes, Utilization, Relapse, and Clinical Evaluation."  Janssen Research, $100,000 grant at full recruitment (two year open label followup study of risperidone Consta), 2005-present; second highest recruitment of 43 centers in multicenter study.

Coauthor on grants to VA Central Office for program enhancements to mental health programs at Mountain Home VAMC; approximately 2 million dollars received for additional staff and support for residential treatment programs and PTSD clinic expansion, 2006-2007.

Principal Investigator in conjunction with Herbert Meltzer, MD, Vanderbilt University, " High Dose Risperidone Consta for Patients with Schizophrenia with Unsatisfactory Response to Standard Dose Risperidone or  Long-Acting Injectable."  Phase IV study of outpatients with schizophrenia who are partially responsive to risperidone oral and/or long-acting injectable, using a double-blind methodology to study doses between 50 and 100 mg every two weeks.  Site funding of approximately $100,000.  2008-2010.

Principal Investigator (Everett McDuffie, MD, coinvestigator), "Descriptive study of veterans with gender identity disturbances: Characteristics and comorbidities, 1987-2007."  Unfunded study that is first to characterize a population of  75 U.S. veterans with gender identity disturbances over a 20 year time frame.

## HOBBIES AND INTERESTS:

Llama raising and trekking
Hunting and fishing
Long-range large caliber (200m) and small caliber (100m) handgun silhouette competitions
International Defensive Pistol Association competition (combat competions, .45 caliber)
Sailing, 32 foot Beneteau, "Transcendance"
Alpine skiing
Traveling
Scuba diving
Golf
Craft brewing

## PERSONAL REFERENCES:

W. Walter Menninger, M.D.
Chief Executive Officer
The Menninger Clinic
Box 829
Topeka, KS  66601
913-273-7500

Leslie Lothstein, Ph.D.
Chairman, Department of Psychology
The Institute of Living and Hartford Hospital
Hartford, CT  06106
203-241-6932

Thomas Wise, M.D.
Vice Chairman, Department of Psychiatry
Georgetown University
Chairman, Department of Psychiatry
Fairfax Hospital
Gallows Road
Falls Church, VA  22046
703-698-3626


**PROFESSIONAL REFERENCES:**

Paul Rodenhauser, M.D.
Professor, Department of Psychiatry
Associate Dean For Admissions
Tulane University School of Medicine
New Orleans, Louisiana
504-588-5406/5405


Stephen Paolucci, M.D.
Chief of Staff, Department of Psychiatry
The Geisinger Clinic
16 March Circle
Winfield, PA  17889
(supervisor, 1987-1989)
717-271-6516

Susan Paolucci, M.D.
Director of Education and Staff Psychiatrist
The Geisinger Clinic
16 March Circle
Winfield, PA  17889
717-271-6516


Kenneth Matthews, M.D.
Professor of Psychiatry and
Director of Residency Training
University of Texas Health Science Center
7703 Floyd Curl Drive
San Antonio, TX  78284
210-567-5430